UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:22-CV-01055-DOC-DFMx　　　　　　　　　　　　　　Date:  November 9, 2022

Title: GARY GUTHRIE V. MAZDA MOTOR OF AMERICA, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE**

The Court **ORDERS** the parties to show cause why the rulings in *Terry Sonneveldt, et al.*, *v. Mazda Motor of America, et al.*, Case No. 8:19-cv-01298-JLS-KES (C.D. Cal. Oct. 21, 2022) do not affect the outcome of the instant action.

The parties shall submit in writing by November 15, 2022, at 5 p.m. supplemental briefs of no more than 5 pages addressing why this action does not arise from the same or closely related events, does not raise substantially related or similar questions of law and fact, and would not entail substantial duplication of labor if heard by different judges.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu

CIVIL-GEN