# EXHIBIT A

STAYED

# U.S. District Court
## Western District of North Carolina (Charlotte)
### CIVIL DOCKET FOR CASE #: 3:23-cv-00050-MOC-SCR

| | |
|---|---|
| Farina v. Mazda Motor of America, Inc. et al | Date Filed: 01/28/2023 |
| Assigned to: District Judge Max O. Cogburn, Jr | Jury Demand: Plaintiff |
| Referred to: US Magistrate Judge Susan C. Rodriguez | Nature of Suit: 190 Contract: Other |
| Cause: 15:2301 Magnuson-Moss Warranty Act | Jurisdiction: Federal Question |

**Plaintiff**

**Francis J. Farina**  
*On behalf of himself and all others similarly situated*

represented by **Joseph A O'Keefe**
McLeod Brunger PLLC
10375 Park Meadows Drive
Suite 260
Lone Tree, CO 80124
720-443-6600
Email: jokeefe@mcleodbrunger.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Mark DiGuiseppe , I**
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street
Suite A
Southport, NC 28461
910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mazda Motor of America, Inc.**

represented by **Danielle Gibbons**
Nelson Mullins Riley & Scarborough
901 East Byrd St
Richmond, VA 23219
Suite 1650
Richmond, VA 23219
434-485-3420
Email: danielle.gibbons@nelsonmullins.com
*LEAD ATTORNEY*
*PRO HAC VICE*

ATTORNEY TO BE NOTICED

**Evan Margosian Sauda**
Nelson Mullins Riley & Scarborough LLP
301 South College Street
Suite 2300
Charlotte, NC 28202
704-417-3065
Fax: 704-377-3065
Email: evan.sauda@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Wise**
Nelson, Mullins, Riley & Scarborough
901 E. Byrd Street
Suite # 1650
Richmond, VA 23219
804-533-3779
Fax: 804-616-4129
Email: robert.wise@nelsonmullins.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Keffer Mazda**<br>*On behalf of himself and all others similarly situated* | represented by | **Danielle Gibbons**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Evan Margosian Sauda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Kosin**
Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
101 S. Elm Street, Suite 350
P.O. Box 1898
Greensboro, NC 27401
336-272-4810
Fax: 336-272-2448
Email: jak@trslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Wise**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth B. Rotenstreich**

Teague, Rotenstreich and Stanaland, L.L.P.
101 S. Elm Street, Suite 350
Greensboro, NC 27401
336-272-4810
Fax: 336-272-2448
Email: kbr@trslaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2023 | 1 | COMPLAINT *CLASS ACTION* against All Defendants with Jury Demand ( Filing fee $ 402 receipt number ANCWDC-5919281), filed by Francis J. Farina.(DiGuiseppe, Raymond) (Entered: 01/28/2023) |
| 01/28/2023 | 2 | MOTION for Leave to Appear Pro Hac Vice as to Joseph A. O'Keefe Filing fee $ 288, receipt number ANCWDC-5919297. by Francis J. Farina. (DiGuiseppe, Raymond) (Entered: 01/28/2023) |
| 01/28/2023 |  | Case assigned to District Judge Max O. Cogburn, Jr and Magistrate Judge David S. Cayer. Notice: You must click this link to retrieve the **Case Assignment Packet**. Motions referred to David S. Cayer: 2 MOTION for Leave to Appear Pro Hac Vice as to Joseph A. O'Keefe Filing fee $ 288, receipt number ANCWDC-5919297. *This is your only notice - you will not receive a separate document.*(cjs) (Entered: 01/30/2023) |
| 01/30/2023 | 3 | Summons Issued Electronically as to Keffer Mazda, Mazda Motor of America, Inc.. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (cjs) (Entered: 01/30/2023) |
| 01/30/2023 | 4 R | **ORDER granting 2 Motion for Leave to Appear Pro Hac Vice added Joseph O'Keefe for Francis J. Farina** *(Pro Hac Vice Attorney served via NEF)*. **Signed by Magistrate Judge David S. Cayer on 1/30/23. (nvc)** (Entered: 01/30/2023) |
| 01/30/2023 |  | Notice to Joseph A. O'Keefe: Pursuant to Local Rule 83.1 you are required to **Register** for E-Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 2/6/2023. (nvc) (Entered: 01/30/2023) |
| 02/08/2023 | 5 | AFFIDAVIT of Service filed by Francis J. Farina. All Defendants. (DiGuiseppe, Raymond) (Entered: 02/08/2023) |
| 02/08/2023 | 6 | WAIVER OF SERVICE Returned Executed by Francis J. Farina. All Defendants. (DiGuiseppe, Raymond) (Entered: 02/08/2023) |
| 02/21/2023 | 7 | NOTICE of Appearance by Jeremy A. Kosin on behalf of Keffer Mazda (Kosin, Jeremy) (Entered: 02/21/2023) |
| 02/21/2023 | 8 | NOTICE of Appearance by Jeremy A. Kosin on behalf of Keffer Mazda (Kosin, Jeremy) (Entered: 02/21/2023) |
| 02/21/2023 | 9 | MOTION for Extension of Time to Answer *Plaintiff's Complaint* by Keffer Mazda. (Attachments: # 1 Proposed Order Extension of Time) (Kosin, Jeremy). Motions referred to David S. Cayer. (Entered: 02/21/2023) |
| 02/21/2023 | 10 | Corporate Disclosure Statement by Keffer Mazda. (Kosin, Jeremy) (Entered: 02/21/2023) |
| 02/21/2023 |  | **TEXT-ONLY ORDER granting 9 consent MOTION for Extension of Time to Answer Plaintiff's Complaint. Keffer Mazda's answer due 3/24/2023. So Ordered.** |

| | | |
|---|---|---|
| | | **Entered by Magistrate Judge David S. Cayer on 2/21/2023.** (DLG) (Entered: 02/21/2023) |
| 02/22/2023 | 11 | NOTICE of Appearance by Kenneth B. Rotenstreich on behalf of Keffer Mazda (Rotenstreich, Kenneth) (Entered: 02/22/2023) |
| 03/14/2023 | 12 | NOTICE of Appearance by Evan Margosian Sauda on behalf of Mazda Motor of America, Inc. (Sauda, Evan) (Entered: 03/14/2023) |
| 03/15/2023 | 13 | MOTION for Leave to Appear Pro Hac Vice as to Robert L. Wise Filing fee $ 288, receipt number ANCWDC-5981474. by Mazda Motor of America, Inc.. (Attachments: # 1 Exhibit Info for Question No. 4) (Sauda, Evan). Motions referred to David S. Cayer. (Entered: 03/15/2023) |
| 03/15/2023 | 14 | MOTION for Leave to Appear Pro Hac Vice as to Danielle Gibbons Filing fee $ 288, receipt number ANCWDC-5981507. by Mazda Motor of America, Inc.. (Sauda, Evan). Motions referred to David S. Cayer. (Entered: 03/15/2023) |
| 03/16/2023 | 15 R | **ORDER granting 13 Motion for Leave to Appear Pro Hac Vice added Robert L. Wise for Mazda Motor of America, Inc.; granting 14 Motion for Leave to Appear Pro Hac Vice added Danielle Gibbons for Mazda Motor of America, Inc.** *(Pro Hac Vice Attorneys served via NEF)*. **Signed by Magistrate Judge David S. Cayer on 3/16/2023.** (mek) (Entered: 03/16/2023) |
| 03/16/2023 | | Notice to Robert L. Wise: Pursuant to Local Rule 83.1 you are required to **Register** for E-Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 3/23/2023. (mek) (Entered: 03/16/2023) |
| 03/16/2023 | | Notice to Danielle Gibbons: Pursuant to Local Rule 83.1 you are required to **Register** for E-Filing Access or Link Existing Account **Link**. *(Attorney served via NEF)* Deadline by 3/23/2023. (mek) (Entered: 03/16/2023) |
| 03/24/2023 | 16 | NOTICE of Appearance by Robert L. Wise on behalf of Keffer Mazda, Mazda Motor of America, Inc. (Wise, Robert) (Entered: 03/24/2023) |
| 03/24/2023 | 17 | NOTICE of Appearance by Danielle Gibbons on behalf of Keffer Mazda, Mazda Motor of America, Inc. (Gibbons, Danielle) (Entered: 03/24/2023) |
| 03/24/2023 | 18 | NOTICE of Appearance by Evan Margosian Sauda on behalf of Keffer Mazda (Sauda, Evan) (Entered: 03/24/2023) |
| 03/24/2023 | 19 | Corporate Disclosure Statement by Mazda Motor of America, Inc.. (Wise, Robert) (Entered: 03/24/2023) |
| 03/24/2023 | 20 | Joint MOTION to Dismiss *Stay, or Transfer on behalf of Defendants* by Keffer Mazda, Mazda Motor of America, Inc.. Responses due by 4/7/2023 (Sauda, Evan) (Entered: 03/24/2023) |
| 03/24/2023 | 21 | MEMORANDUM in Support re 20 Joint MOTION to Dismiss *Stay, or Transfer on behalf of Defendants* by Keffer Mazda, Mazda Motor of America, Inc.. (Attachments: # 1 Exhibit Ex 1 - Exhibit Index, # 2 Exhibit Ex 2 - Guthrie Dkt. 1 - Notice of Removal, # 3 Exhibit Ex 2-1 - Guthrie Dkt. 1-1 - Attachment 1 - State Court Complaint, # 4 Exhibit Ex 3 - Guthrie Dkt. 46 - Motion to Dismiss, # 5 Exhibit Ex 4 - Guthrie Dkt. 56 - Minutes on Hearing for Motion to Dismiss, # 6 Exhibit Ex 5 - Heinz Dkt. 1 - Complaint, # 7 Exhibit Ex 6 - Heinz Dkt. 9 - Motion to Stay, Dismiss, or Transfer, # 8 Exhibit Ex 7 - Heinz Dkt. 14 - Minute Order (Text Only), # 9 Exhibit Ex 8 - Guthrie Dkt. 39 - 2nd Amended Complaint, # 10 Exhibit Ex 9 - Guthrie Dkt. 57 - Scheduling Order, # 11 Exhibit Ex 10 - Guthrie Dkt. 58 - Mediation Order, # 12 Exhibit Ex 11 - |

| | | |
|---|---|---|
| | | Guthrie Dkt. 14 - First Amended Complaint, # 13 Exhibit Ex 12 - Guthrie Dkt. 18 - MNAO's MTD 1st Amended Complaint)(Sauda, Evan) (Entered: 03/24/2023) |
| 04/04/2023 | | Case Referral reassigned to Magistrate Judge Susan C. Rodriguez. Magistrate Judge David S. Cayer no longer assigned to the case. *This is your only notice - you will not receive a separate document.* (ejb) (Entered: 04/04/2023) |
| 04/07/2023 | 22 | RESPONSE in Opposition re 20 Joint MOTION to Dismiss *Stay, or Transfer on behalf of Defendants (Doc. Nos. 20, 21)* by Francis J. Farina. Replies due by 4/14/2023 (Attachments: # 1 Exhibit Exh A_Index of Exhibits, # 2 Exhibit Exh B_Declaration of JOK, # 3 Exhibit Exh C_20230131_Ltr re Notice of Clean Air Act, # 4 Exhibit Exh D_Doc. No. 37 Cali Transcript MTD 1st Amended CAC, # 5 Exhibit Exh E_Doc. No. 43 Mazda Reply Show Cause, # 6 Exhibit Exh F_Doc 53 Joint 26 Rpt, # 7 Exhibit Exh G_ Cali Doc. 54 Mazda reply ISO support MTD, # 8 Exhibit Exh H_Doc No 55 Req to be Class Counsel, # 9 Exhibit Exh I_Doc No, 56 - Cali Order MTD, # 10 Exhibit Exh J_02 01 23 Cali Counsel Email, # 11 Exhibit Exh K_Doc No 60 - Mazda No Opp to ACC)(O'Keefe, Joseph) (Entered: 04/07/2023) |
| 04/07/2023 | 23 | MOTION to Amend/Correct 1 Complaint by Francis J. Farina. Responses due by 4/21/2023 (O'Keefe, Joseph). Motions referred to Susan C. Rodriguez. (Entered: 04/07/2023) |
| 04/07/2023 | 24 | MEMORANDUM in Support re 23 MOTION to Amend/Correct 1 Complaint by Francis J. Farina. (Attachments: # 1 Exhibit A to Brief ISO Mtn to Amend Complaint_Index, # 2 Exhibit B to Brief ISO Mtn to Amend Complaint_AC, # 3 Exhibit C to Brief ISO Mtn to Amend Complaint_Notice)(O'Keefe, Joseph) (Entered: 04/07/2023) |
| 04/14/2023 | 25 | REPLY to Response to Motion re 20 Joint MOTION to Dismiss *Stay, or Transfer on behalf of Defendants* by Keffer Mazda, Mazda Motor of America, Inc.. (Sauda, Evan) (Entered: 04/14/2023) |
| 04/21/2023 | 26 | RESPONSE in Opposition re 23 MOTION to Amend/Correct 1 Complaint by Keffer Mazda, Mazda Motor of America, Inc.. Replies due by 4/28/2023 (Attachments: # 1 Exhibit Ex A - TSB 01-012.21, # 2 Exhibit Ex B - TSB 01-011.22 11.7.22, # 3 Exhibit Ex C - Service Records, # 4 Exhibit Ex D - Letter from Pl.'s Counsel, # 5 Exhibit Ex E - TSB 01-003.23, # 6 Exhibit Ex F - Resp to Counsel's Letter, # 7 Exhibit Ex G - 2021 Warranty Booklet)(Sauda, Evan) (Entered: 04/21/2023) |
| 04/28/2023 | 27 | REPLY to Response to Motion re 23 MOTION to Amend/Correct 1 Complaint by Francis J. Farina. (Attachments: # 1 Exhibit Exh. D to Reply ISO Mtn to Amend Complaint - Index, # 2 Exh. E to Reply ISO Mtn to Amend Complaint - Declaration) (O'Keefe, Joseph) (Entered: 04/28/2023) |
| 05/02/2023 | 28 R | **ORDER granting Plaintiff's 23 Motion to Amend/Correct Complaint. Plaintiff shall file an Amended Complaint within five days of this Order. Defendants' Joint 20 Motion to Dismiss is administratively DENIED as moot without prejudice. Signed by US Magistrate Judge Susan C. Rodriguez on 5/1/2023. (brl)** (Entered: 05/02/2023) |
| 05/02/2023 | 29 | AMENDED COMPLAINT with Jury Demand against All Defendants, filed by Francis J. Farina. (Attachments: # 1 Exhibit Clean Air Act Notice.pdf)(O'Keefe, Joseph) Modified on 5/3/2023 (ams). (Entered: 05/02/2023) |
| 05/16/2023 | 30 | Joint MOTION to Dismiss *Stay or Transfer* by Keffer Mazda, Mazda Motor of America, Inc.. Responses due by 5/30/2023 (Sauda, Evan) (Entered: 05/16/2023) |

| | | |
|---|---|---|
| 05/16/2023 | 31 | MEMORANDUM in Support re 30 Joint MOTION to Dismiss *Stay or Transfer* by Keffer Mazda, Mazda Motor of America, Inc.. (Attachments: # 1 Exhibit Ex 1 - Exhibit Index, # 2 Exhibit Ex 2 - Guthrie Dkt. 1 - Notice of Removal DRAFT, # 3 Exhibit Ex 2-1 - Guthrie Dkt. 1-1 - Attachment 1 - State Court Complaint, # 4 Exhibit Ex 3 - Guthrie Dkt. 46 - Motion to Dismiss, # 5 Exhibit Ex 4 - Guthrie Dkt. 56 - Minutes on Hearing for Motion to Dismiss, # 6 Exhibit Ex 5 - Heinz Dkt. 1 - Complaint, # 7 Exhibit Ex 6 - Heinz Dkt. 9 - Motion to Stay, Dismiss, or Transfer, # 8 Exhibit Ex 7 - Heinz Dkt. 14 - Minute Order (Text Only), # 9 Exhibit Ex 8 - Guthrie Dkt. 39 - Second Amended Complaint, # 10 Exhibit Ex 9 - Guthrie Dkt. 57 - Scheduling Order, # 11 Exhibit Ex 10 - Guthrie Dkt. 58 - Mediation Order, # 12 Exhibit Ex 11 - Guthrie Dkt. 14 - First Amended Complaint, # 13 Exhibit Ex 12 - Guthrie Dkt. 18 - MNAO's Motion to Dismiss First Amended Complaint)(Sauda, Evan) (Entered: 05/16/2023) |
| 05/16/2023 | 32 | Joint MOTION to Dismiss for Failure to State a Claim by Keffer Mazda, Mazda Motor of America, Inc.. Responses due by 5/30/2023 (Sauda, Evan) (Entered: 05/16/2023) |
| 05/16/2023 | 33 | MEMORANDUM in Support re 32 Joint MOTION to Dismiss for Failure to State a Claim by Keffer Mazda, Mazda Motor of America, Inc.. (Attachments: # 1 Exhibit Ex A - 2021 Warranty Booklet, # 2 Exhibit Ex B - TSB 01-012.21, # 3 Exhibit Ex C - TSB 01-011.22 11.7.22, # 4 Exhibit Ex D - Service Records (Redacted), # 5 Exhibit Ex E - Letter from Pl.'s Counsel, # 6 Exhibit Ex F - TSB 01-003.23, # 7 Exhibit Ex G - Response to Counsel's Letter)(Sauda, Evan) (Entered: 05/16/2023) |
| 05/25/2023 | 34 | RESPONSE in Opposition re 30 Joint MOTION to Dismiss *Stay or Transfer (Doc Nos. 30 and 31)* by Francis J. Farina. Replies due by 6/1/2023 (Attachments: # 1 Exhibit A - Index of Exhibits, # 2 Exhibit B_Declaration of JOK, # 3 Exhibit C_20230131_Ltr re Notice of Clean Air Act, # 4 Exhibit D_Doc. No. 37 Cali Transcript MTD 1st Amended CAC, # 5 Exhibit E_Doc. No. 43 Mazda Reply Show Cause, # 6 Exhibit F_Doc 53 Joint 26 Rpt, # 7 Exhibit G_ Cali Doc. 54 Mazda reply ISO support MTD, # 8 Exhibit H_Doc No 55 Req to be Class Counsel, # 9 Exhibit I_Doc No, 56 - Cali Order MTD, # 10 Exhibit J_02 01 23 Cali Counsel Email, # 11 Exhibit K_Doc No 60 - Mazda No Opp to ACC, # 12 Exhibit L - Guthrie Dkt. 52 Notice of Pendency, # 13 Exhibit M - Guthrie Dkt. 58 Order Referral to ADR, # 14 Exhibit N_Pl. 1st set of RFPD to Def. Mazda_Final_05 04 23)(O'Keefe, Joseph) (Entered: 05/25/2023) |
| 05/25/2023 | 35 | MOTION for Discovery *Leave to Conduct Early Discovery Pursuant to LCvR16.1(f)* by Francis J. Farina. Responses due by 6/8/2023 (O'Keefe, Joseph). Modified to remove referral on 6/15/2023 (brl). (Entered: 05/25/2023) |
| 05/25/2023 | 36 | MEMORANDUM in Support re 35 MOTION for Discovery *Leave to Conduct Early Discovery Pursuant to LCvR16.1(f)* by Francis J. Farina. (O'Keefe, Joseph) (Entered: 05/25/2023) |
| 05/30/2023 | 37 | RESPONSE in Opposition re 32 Joint MOTION to Dismiss for Failure to State a Claim by Francis J. Farina. Replies due by 6/6/2023 (O'Keefe, Joseph) (Entered: 05/30/2023) |
| 06/01/2023 | 38 | REPLY to Response to Motion re 30 Joint MOTION to Dismiss *Stay or Transfer* by Keffer Mazda, Mazda Motor of America, Inc.. (Sauda, Evan) (Entered: 06/01/2023) |
| 06/06/2023 | 39 | REPLY to Response to Motion re 32 Joint MOTION to Dismiss for Failure to State a Claim by Keffer Mazda, Mazda Motor of America, Inc.. (Sauda, Evan) (Entered: 06/06/2023) |
| 06/08/2023 | 40 | RESPONSE in Opposition re 35 MOTION for Discovery *Leave to Conduct Early Discovery Pursuant to LCvR16.1(f)* by Keffer Mazda, Mazda Motor of America, Inc.. Replies due by 6/15/2023 (Attachments: # 1 Exhibit Ex A - emails & letters, # 2 Exhibit |

| | | |
|---|---|---|
| | | Ex B - request for production, # 3 Exhibit Ex C - letter and proposed order, # 4 Exhibit Ex D - Global Plasma filings)(Sauda, Evan) (Entered: 06/08/2023) |
| 06/14/2023 | 41 | REPLY to Response to Motion re 35 MOTION for Discovery *Leave to Conduct Early Discovery Pursuant to LCvR16.1(f)* by Francis J. Farina. (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exh C_Discovery relevance chart)(O'Keefe, Joseph) (Entered: 06/14/2023) |
| 06/28/2023 | 42 R | **ORDER STAYING CASE. Parties shall notify the Court when the Guthrie proceedings have concluded and whether the stay shall be lifted. Signed by District Judge Max O. Cogburn, Jr on 6/27/2023. (ams)** (Entered: 06/28/2023) |