GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
44 Montgomery Street, Suite 2410
San Francisco, CA 94104
Tel.: (415) 599-0880
lagre@glennagre.com

THE DIGUISEPPE LAW FIRM, P.C.
Raymond M. DiGuiseppe (SBN 228457)
116 N. Howe Street, Suite A
Southport, NC 28461
(910) 713-8804
law.rmd@gmail.com

M<sup>C</sup>LEOD | BRUNGER PLLC
Joseph A. O'Keefe (*pro hac vice* forthcoming)
10375 Park Meadows Drive, Suite 260
Lone Tree, CO 80124
(720) 443-6600
jokeefe@mcleodbrunger.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Gary Guthrie, Stephanie Crain, Chad Hinton, Julio Zelaya, Anna Gilinets, Marcy Knysz, and Lester Woo, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Mazda Motor of America, Inc.,<br><br>　　　　　Defendant. | Case No.  8:22-cv-01055-DOC-DFM<br><br>Assigned to: Hon. David O. Carter<br><br>**DECLARATION OF LYN R. AGRE PURSUANT TO LOCAL CIVIL RULE 7-3** |

I, Lyn R. Agre, declare as follows:

1. I am an attorney licensed to practice in the State of California and a member of the firm of Glenn Agre Bergman & Fuentes LLP, counsel for the Proposed Intervenor in this action, Francis J. Farina. I submit this declaration in support of Mr. Farina's Motion to Intervene. I am fully familiar with and have personal knowledge of the matters described herein.

2. Pursuant to Central District of California Local Civil Rule 7-3, a member of my firm, Edward E. Shapiro, emailed all counsel of record on July 13, 2023, provided a draft of Mr. Farina's Motion to Intervene, and requested a meet and confer to discuss.

3. Counsel for Plaintiffs, Sergei Lemberg, responded that Plaintiffs oppose the Motion to Intervene, but that he was available for a meet and confer. Counsel for Defendant did not respond.

4. On July 18, 2023, Mr. Shapiro again emailed all counsel of record for an available time to meet and confer. Mr. Lemberg responded that he was available on July 19, 2023.

5. Mr. Shapiro emailed counsel for Defendant a third time, asking them to confirm their availability for a meet and confer on July 19, 2023. Counsel for Defendant, Jahmy Graham, responded that Defendant was not available for a meet and confer and that Defendant opposed the Motion to Intervene. Mr. Shapiro asked Mr. Graham to provide an alternative time for the meet and confer, but Mr. Graham did not respond.

6. On July 19, 2023, Mr. Shapiro informed all counsel that Proposed Intervenor intended to proceed with the meet and confer as scheduled. Mr. Graham responded that Defendant "apprised you of our position on your proposed motion" and wished counsel for Proposed Intervenor "a great day."

7. At 12:00 pm, on July 19, 2023, I and Mr. Shapiro joined the dial-in circulated to all counsel of record. Neither counsel for Plaintiffs nor counsel for Defendant elected to attend the meet and confer.

8. Because counsel for Plaintiffs and Defendant refused to participate, despite counsel for the Proposed Intervenor's numerous attempts, the parties were unable to meet and confer pursuant to Local Civil Rule 7-3.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on July 26, 2023 in San Francisco, California.

                                                                 */s/ Lyn R. Agre*
                                                                 Lyn R. Agre