TRINETTE G. KENT (State Bar No. 222020)
Lemberg Law, LLC
1100 West Town & Country Rd.
Suite 1250
Orange, California 92868
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Guthrie, Stephanie Crain, Chad Hinton, Julio Zelaya, Anna Gilinets, Marcy Knysz, and Lester Woo, on behalf of themselves and all others similarly situated, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>Mazda Motor of America, Inc.,<br><br>Defendant. | Case No: 8:22-cv-01055-DOC-DFM<br><br>**NOTICE RE CERTIFICATE OF GOOD STANDING IN SUPPORT OF THE APPLICATION OF NON-RESIDENT ATTORNEY STEPHEN TAYLOR TO APPEAR** *PRO HAC VICE* |

As set forth in the Application of Non-Resident Stephen Taylor to Appear Pro Hac Vice, filed October 30, 2023 (Doc. No. 75-2 pg. 2), enclosed is the certificate of good standing from the State Bar of Connecticut for Mr. Taylor.

The application to appear pro-hac vice was granted on November 8, 2023. (Doc. No. 76).

1
2  DATED: November 29, 2023
3  
                                              Trinette G. Kent