# Exhibit A

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

GARY GUTHRIE, STEPHANIE          )
CRAIN, CHAD HINTON, JULIO         )
ZELAYA, ANNA GILINETS, MARCY      )
KNYSZ, AND LESTER WOO, ON         )
BEHALF OF THEMSELVES AND ALL      )  CASE NO.
OTHERS SIMILARLY SITUATED,        )  8:22-CV-01055-DOC-
                                  )  DFM
            PLAINTIFFS,           )
                                  )
        VS.                       )
                                  )
MAZDA MOTOR OF AMERICA, INC.,     )
                                  )
            DEFENDANTS.           )
_____ )

DEPOSITION OF JERRY WARD, PMK

THURSDAY, OCTOBER 26, 2023

JOB NO.:  10129621

REPORTED BY HEIDI FUEHRER, CSR 14145

Jerry Ward

**Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.**

DEPOSITION OF JERRY WARD, TAKEN ON BEHALF OF THE

PLAINTIFF, AT 9:02 A.M., THURSDAY, OCTOBER 26, 2023, AT

2601 MAIN STREET, SUITE 330, IRVINE, CALIFORNIA, BEFORE

HEIDI FUEHRER, CSR NUMBER 14145.


APPEARANCES OF COUNSEL:


FOR THE PLAINTIFF:

    LEMBERG LAW LLC
    BY:  STEPHEN TAYLOR, ATTORNEY AT LAW
    (APPEARING REMOTELY)
    43 DANBURY ROAD
    WILTON, CONNECTICUT 06897
    203-653-2250
    STAYLOR@LEMBERGLAW.COM


FOR THE DEFENDANT:

    NELSON MULLINS RILEY & SCARBOROUGH LLP
    BY:  JAHMY S. GRAHAM, ATTORNEY AT LAW
    19191 SOUTH VERMONT AVENUE
    SUITE 900
    TORRANCE, CALIFORNIA 90502
    424-221-7400
    JAHMY.GRAHAM@NELSONMULLINS.COM


ALSO PRESENT:
    GRACE LEE
    SATOSHI KANEKO

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

BY MR. TAYLOR:

Q    This is a document that we provided to counsel for Mazda Motor of America, Inc., outlining the topics for the deposition.  As counsel said, they served objections, and we have the scope of the deposition today, but I want to use this document to go through some of the issues, okay?

A    Okay.

Q    I have also put a copy in the chat.  So if you wanted to pull it up yourself, you could do that, okay?

A    Okay.

Q    For the first topic, if you could see that on your screen, sir, and I understand that you may refer to it as the valve stem seal issue or however you want to call it, valve seal defect, but can you describe to me at high level what the issue is with the valve stem seals in the subject Mazda vehicles that we're talking about today?

A    So the exhaust valve seals on these affected vehicles, the design of them were changed.  As a result of that design change, when those exhaust valve seals were installed, as they went over the tip of the exhaust valve stem, they were susceptible to getting scratched, and as a result of those scratches, it could increase the oil consumption.

Q    So when you say as a result of the design change, what was the design change?

A    MC made a change to the design of those seals on the affected vehicles.

Q    Do you know why the design was changed?

A    I don't.

Q    Do you know when the design was changed?

A    I believe it was around October of 2021.

Q    You are looking at a document there.  Is that the document that's Bates stamped in the lower right-hand corner 000030?

A    Yes, and it was October of 2020.

Q    So there was a design change in October of 2020 to the valve stem seal, correct?

A    Yes.

Q    And if I'm looking at this document that I think you are looking at, it's referring to a specific factory that's making specific engine, right?

A    Right.

MR. GRAHAM:  Would it be easier if you put it up on the screen?  Are you okay putting it up on the screen while you talk about?  If not, I'll grab a hard copy.

MR. TAYLOR:  No problem.

MR. GRAHAM:  Thank you.

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

exactly that led to the damage to the seal?

MR. GRAHAM:  I'm going to object only to the extent it exceeds the scope of his knowledge as a representative of MNAO.  The defendant in this case, MC, who designed the vehicles, obviously is not being deposed here today, but to the extent you have information about it, you can answer.

THE WITNESS:  From the descriptions in this same document, they changed the lip of the seal, and due to the change in that lip of the seal design, as it is installed over that exhaust valve stem tip, it has the potential of getting scratched.

BY MR. TAYLOR:

Q    Okay.  And so it was how the -- was it how the seal was installed rather than what the seal was actually made of?

A    It was the design of the seal.

Q    So does that include how it was installed and its shape as well or just how it was installed?

A    It was the design of the seal so that when it was installed, it had the potential to get scratched.

Q    And then if we continue down to the next page, I'm sorry, go back to the original page.  Then in October of 2021, they changed the design back, September

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

individual capacity, when he says he doesn't have knowledge, let's be clear as to MNAO reviewing information provided by MC, and which he can testify about.  So even if you don't personally know, you didn't see it, based on your review of the documents and investigation, you can talk about that.  Do you understand?

THE WITNESS:  Understand.

MR. GRAHAM:  Sorry about that.

BY MR. TAYLOR:

Q    **So to be clear, do you have knowledge about the investigation into the stem seal issues, you personally?**

A    Me personal, no.

Q    **Can you describe to me what the Mazda connect functionality is?**

A    Just to clarify, when you say Mazda connect, are you talking Mazda Connected Services?

Q    **Correct.**

A    For vehicles that have connected services, these vehicles have what's called a telematics control unit or TCU.  So as a vehicle is being operated, there are certain data that is being recorded, and as the ignition is cycled off, the data is transmitted to MC servers.  It has stuff such as error messages or DTC's that it would store and send

to MC.

Q    Can you define DTC?

A    Yes, diagnostic trouble codes.

Q    So I think everybody understands when an engine light goes on or some light goes on on the dash, are DTC and the codes that are sent back to Mazda Connected Services, is that a universe that is broader than the information that would, when a light just goes on on the dashboard?

MR. GRAHAM:  I'm going to object to the extent the question is vague or ambiguous, but if you understand, you can answer.

THE WITNESS:  I don't understand it.  I need a little more context behind it.

BY MR. TAYLOR:

Q    Sure.  So every time a DTC is reported back to Mazda, is that something that will also trigger some sort of warning light to the actual user of the vehicle?

MR. GRAHAM:  I'm going to object to the scope is limited to this particular issue, but go ahead.

THE WITNESS:  For this issue, when the warning message came on for the low oil level and sent a P250F DTC, that was recorded and sent to MC.

BY MR. TAYLOR:

Q    Would that trigger a low engine oil light in

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

the vehicle itself?

A    It would trigger the low oil level light and message, yes.

**Q    Are there any other DTC's that would be triggered in regards to the valve stem seal issue?**

A    The only DTC that we found was being stored was the P250F.

**Q    And the P250F, is that just saying that the oil level had increased beyond a certain amount or is it providing other information as well?**

A    No, that DTC is just to indicate low engine oil level.

**Q    So vehicles that are being driven by people, if they have an engine, low engine oil level DTC code of P250, and they have the Mazda Connected Services on, that gets reported back to Mazda when the vehicle is turned off?**

MR. GRAHAM:  I'm going to object only to the extent that Mazda is vague and ambiguous.  So you can answer, but distinguish which Mazda entity, if you know, gets that information.  Go ahead.

THE WITNESS:  As vehicle is driven, and if the low oil level light comes on, as the ignition is cycled off, that data is sent to MC.  If the customer is also registered with the connected vehicle services through

Jerry Ward

the My Mazda app, the customer is also notified through their My Mazda app as well.

BY MR. TAYLOR:

Q   And when that code is sent, does it also send the vehicle mileage?

A   Yes.

Q   Does it send any other information?

A   It sends mileage, vehicle identification number or VIN, I believe date and time as well.

Q   And then MC would have, they have a profile for every vehicle, would that be correct, that has the VIN and all DTC's codes that were recorded if the vehicle is in the Mazda Connected Services?

MR. GRAHAM:  Object, only to the extent that profile is vague and ambiguous, but if you understand, you can answer.

THE WITNESS:  I was going to ask if you could explain what you mean by vehicle profile.

BY MR. TAYLOR:

Q   Well, I mean, I'm just, each vehicle -- this may be more of a data question.  They have this information on the vehicles, and it's tied to vehicle by the VIN, so presumably they have a profile of a vehicle with the history and each code is triggered on.  If you don't know, that's fine.

**Jerry Ward**

A    I don't know.

MR. GRAHAM:  I think the word profile is off. I don't know if summary is a better description, but I defer to you.

BY MR. TAYLOR:

**Q    Would summary make more sense?  Do they have a vehicle summary that would be able to provide vehicle history with the DTC codes that were reported?**

A    Reported by that vehicle?

**Q    Correct.**

A    It would be able to see that history of that VIN and what DTC's have been sent by that VIN.

**Q    Mazda Connected Services, is that something that vehicle owners have to turn on or is it something that is a default setting on the vehicle?**

A    It's default to on.

**Q    And then to un-enroll from Mazda Connected Services, the vehicle owner would have to take steps to try and do that, right?**

A    Correct.  If a customer wants to opt out of the services, they can contact our customer experience center or CEC to go through the steps to deactivate the system.

**Q    Do you know when MC started seeing a concerning or do you know when MC determined it had an issue with**

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

the valve stem seal?

A    Initial reports to MC started arriving in May of 2021.

Q    Was it by July of 2021 that they determined that the stem seal was damaged?

A    In July 2021, they did confirm that the design change had caused the oil consumption to increase.

Q    You can't tell me today about the testing process determined that the valve stem seal was the cause of the low engine, their actual testing process to confirm that was the issue, you can't tell me about that?

A    Correct, I don't have that information.

Q    To determine the, to identify the vehicles that were impacted by the valve stem seal design that was used for that 11-month period of time, do you know how MC or MNAO identified the impacted vehicles?

A    MC has records that shows when these valve stem seals were being installed on these vehicles and when they switched back to the original valve stem seals.

Q    So MC can identify the VIN numbers of the vehicles that had the new design valve stem seal installed, correct?

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

Q    Can you tell me the number of vehicles that were sold with the redesigned valve stem seal?

A    Just to clarify, are you asking number of vehicles sold or produced?

Q    Well, let's do sold, and then you can tell me produced and what the difference is, okay?

A    Okay.  Sold, I don't know.  Produced, approximately 86,000 vehicles.

Q    Okay.  And can you explain the difference between sold and produced?

A    Produced would be the number of vehicles that were produced or built.  Sold would be vehicles that were sold to whether a dealer or customer.  That number possibly could be different if there was an issue with a vehicle that was not actually sold or potentially not even sold to a consumer, but 86,000 vehicles from this affected vehicles were built.

Q    You would presume that some are going to be used for testing or various reasons, but not sold, correct?

A    Correct.

Q    For these approximately 86,000 vehicles, do you know how many had, you may not know, do you know how many had the Mazda Connected Services turned on?

A    I don't, but the 2021 Mazda6 is not equipped

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

with a TCU or the telematics control unit, so it does not have connected services.

Q    But the other makes and models all did, and they all had it on a default setting if they were sold, correct?

A    Correct.

Q    So for the, other than the Mazda Connected Services, which would inform Mazda about the, MC about the, DTC codes, are there any other sources that Mazda would use to identify this particular issue?

MR. GRAHAM:  Objection, only as to the last use of the word Mazda as vague and ambiguous, but if you understand, you can answer.

THE WITNESS:  Can you repeat the question, please.

BY MR. TAYLOR:

Q    Other than the Mazda Connected Services functionality, are there other sources that MC would have to identify this low engine oil level issue in Mazda vehicles?

A    To clarify, are you asking is there any other way that Mazda Japan or MC was notified of this?

Q    Correct.

A    From the U.S. market, as we find potential

product issues, we may report these to Japan as well as we did in this particular case, we did report these cases to MC.

Q    Were these cases that you were hearing about from dealerships or from customer hotlines?

A    Yes, correct.

Q    And were you involved in that process?

MR. GRAHAM:  Objection, vague and ambiguous as to involve, but if you understand, you can answer.

THE WITNESS:  The product quality team and field team would have reported those.  The product quality team did report to me.

BY MR. TAYLOR:

Q    You should have up on your screen page 32 of Exhibit 2.  Do you see that?

A    Yes.

Q    This is describing the failure phenomenon.  Do you see that?

A    Yes.

Q    Is this an accurate description of the failure at issue or let's say what happens with the valve stem seal when it's scratched during the manufacturing process?

A    Yes.

Q    In that second paragraph where it says this

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

different issues.  One issue could be low engine oil level.

Q     But when I say low in that regard, I mean much lower than the level that would trigger the low engine oil warning, correct?

A     Correct.

Q     Going back to that page, engine durability, why does the, this issue where there is excessive oil being used by the engine, why does that not affect engine durability?

A     When the low engine oil level light comes on, it's dropped about approximately one liter or one quart of oil, which is still, again, not causing any problems with the low oil pressure.  It's just about one quart on the low side, but not going to affect engine wear or durability.

Q     Why doesn't it affect fuel consumption?

A     It has no affect based off of MC's investigation.

Q     Doesn't the -- what about running performance, why doesn't it affect running performance?

A     From MC's investigations on this root cause and analysis of what could happen at the low mark, they found there is no affect on engine performance.

Q     If a vehicle was in a low engine oil pressure

Jerry Ward

models and VIN's.  Do you see that?

A    Yes.

Q    And just to note, between the prior TSB or previous TSB and this one in November of 2022, some additional VIN's were added and dates of production.  Do you see that?

A    Yes.

Q    If I am looking at the dates of production in red here that go through June of 2022 for the Mazda3, the CX30, those seem to exceed the time period where the redesigned valve stem seal was used.  Remember, we said that the original design, they reverted back to the original design in September of 2021.  Do you see that or do you remember that?

A    Yes.

Q    Here we're including models that go through June of 2022.  Do you know why this would include models through June of 2022?

A    Based on this, it would appear that MC from their further investigations were able to confirm that at least for those two models, those two models were both built at the Mexico plant, that those vehicles had the defective valves or those redesigned valve seals installed up to June production.

Q    Before, when we were looking at the notice of

Jerry Ward

be called in this document, then using a special tool that MC developed specific to be able to perform this repair.  Again, engine in vehicle without having to remove the exhaust camshaft to make it a more streamlined and simple process for technicians to be able to perform without having to disassemble a lot of the engine to make it a much better experience for our customers and much shorter downtime of the vehicle to be able to perform that repair.

Q    Did they ever try and do the repair before there was a special tool developed in order to address the valve stem seal?

MR. GRAHAM:  Objection, vague as to they, but if you understand, you can answer.

THE WITNESS:  Can you confirm who you mean.

BY MR. TAYLOR:

Q    Sure.  Did MC or MNAO have any repairs to the valve stem seal issue prior to developing the special tool?

A    On MC's side, I don't know.  On MNAO side, no.

Q    If we continue down on the TSB, it gets into detail about how to perform the repair, correct?

A    Yes.

Q    There are approximately 50 pages of

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

Q    Following the guidance in this TSB, they would not perform the repair if the oil was not below the gauge on the day when they checked it, correct?

A    Correct.

Q    So if we go back to Exhibit 1, and topic number ten, which you should see up on the screen, do you see that?

A    Yes.

Q    For this repair, for the valve stem seal issue, how does MNAO or MC measure the effectiveness of this repair?

A    MC uses the connected services or connected vehicle data to look at the occurrence of the light coming on for vehicles that were repaired versus vehicles that have not been repaired, and vehicles that were built prior to the change, to the design change of those seals.

Q    So MC starts with the whole universe of the vehicles that had the redesigned valve stem seal, correct?

MR. GRAHAM:  Sorry, can you repeat that question.  It didn't come all the way through.

BY MR. TAYLOR:

Q    I'm trying to break down his answer.  So MC starts with the universe of vehicles that had the

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

redesigned valve stem seal, correct?

A    That's part of their analysis, yes.

Q    And then from that group it can identify the vehicles that had this valve stem seal repair performed, correct?

A    Correct.

Q    And then it can monitor through the Mazda Connected Services whether these vehicles have triggered a subsequent DTC low engine oil code, correct?

A    Yes, that's correct.

MR. TAYLOR:  I will introduce as Exhibit 6 a document which is Bates stamped Guthrie Mazda 8062 through 8080.

(Plaintiff's Exhibit 6 was marked for
identification and is attached
hereto.)

BY MR. TAYLOR:

Q    Do you see that document up on the screen?

A    Is this the same document we were looking at item number ten?

Q    No.  Maybe it's not showing.  Do you see it now?

A    Yes.

Q    Have you seen this document before?

A    Yes.

**September 2021, do you know what percentage of those vehicles require repairs following a DTC P250 code?**

MR. GRAHAM:  Objection as vague and ambiguous as to which vehicles produced on before or after those dates, and just to add for clarity, are we talking about class vehicles or any Mazda vehicle?

MR. TAYLOR:  Class vehicles.

MR. GRAHAM:  Do you understand what he's asking?

THE WITNESS:  I'm not a hundred percent clear on what's being asked.

MR. GRAHAM:  Can we give another spin.

BY MR. TAYLOR:

**Q    Here we have, let's say, 13 percent of the vehicles that had the repair have an engine oil level warning light come on before the 7,500-mile scheduled maintenance period, right, and my question is for vehicles that are produced with the original valve stem seal installed, class vehicles, what percentage of those vehicles have the engine oil level warning light?**

A    Understood.  Thank you.  So from MC's analysis they saw about ten percent of those vehicles would have the light illuminate.

**Q    Are you basing that -- what are you basing that on?**

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

Jerry Ward

A     The same document you are showing, the 8081, the third bullet point down where it says on the second line, in about nine to ten percent of the vehicles with the okay valve stem seal.

Q     So there it says that -- when it says okay stem seal, that is referring to the population of vehicles that had the original stem seal installed to begin with whether before or after the redesign?

A     Correct.

Q     Did MC do this analysis and provide it to you or did you get this document from your counsel?

MR. GRAHAM:  Well, first, object to the extent it calls for divulgence of privileged information.  So don't answer as it relates to what you got from counsel. Can you rephrase it so it doesn't elicit potentially privileged information, Stephen.

BY MR. TAYLOR:

Q     So that ten percent, and that's what I'm referring to when I say baseline.  I see that you are saying nine to ten percent.  That's what I would call the baseline for when the oil light would come on between oil changes.  That information, that came from MC, correct?

A     Correct.

Q     And did MC -- do you know how MC arrived at

**Jerry Ward**

videos and the repair procedure to become more familiar with it.

Q    Looking at Exhibit 6, putting some of these numbers together, if the baseline for the oil warning light being illuminated was nine to ten percent with vehicles with the original valve stem seal, and for these ones that have gotten the repair that were 13 percent, would it be fair to say that your testimony, at least from the data that you have, it's about three percent of the vehicles that had the repair have an engine light come on three percent above the baseline?

MR. GRAHAM:  I'm going to object to the extent it misstates testimony or the document given that the sample sizes are different, but go ahead.

THE WITNESS:  So based off of the data, it is approximately three percent higher, but it is still a very low sample rate currently.  I do believe that as we get more repairs done, that we will see that number start to decrease.

BY MR. TAYLOR:

Q    When you say it's a low sample size, you mean we're looking at 3,577 vehicles rather than the hundreds of thousands of vehicles that were sold or produced with the original valve stem seal, correct?

MR. GRAHAM:  Objection to the extent it

**Page 67**

Jerry Ward

Gary Guthrie, et al. vs.
Mazda Motor of America, Inc.

misstates testimony as to the vehicle population, but, otherwise, you can answer.

THE WITNESS:  This is vehicles repaired of the 3,577 versus the affected vehicles as we have discussed of being approximately 86,000 vehicles.

BY MR. TAYLOR:

Q    I mean the unaffected vehicles, right, those are the ones that didn't have the redesigned valve stem seal.  Do you understand?

MR. GRAHAM:  I'm going to object as vague and ambiguous.  When you say unaffected vehicles, can you clarify because technically every nonclass vehicle was unaffected.

MR. TAYLOR:  That's exactly what I mean.  I mean the types of class vehicles, but they had the original valve stem seal.  They were produced with the original valve stem seal, right?  My understanding is that the nine to ten percent of vehicles that is referred to in the first bullet point.

MR. GRAHAM:  Can we go off the record briefly. I may be able to help.

MR. TAYLOR:  Sure.

(Off the record.)

BY MR. TAYLOR:

Q    So for that nine to ten percent of the vehicles

with the okay stem seal that did have the oil warning light illuminated, that's the percentage of all the vehicles that had the original valve stem seal installed when they were produced in the factory, correct?

A   Correct, for the vehicles with the 2.5-liter turbo engine.

Q   The 12.9 percent figure we're looking at here in this bullet point, that's just for the vehicles that had this valve stem seal repair done, correct?

MR. GRAHAM:  Objection to the extent it misstates the document for a certain number of those vehicles that are listed there, but if you have a different view, you can answer.

THE WITNESS:  Can you repeat the question one more time.

BY MR. TAYLOR:

Q   For the 12.9 percent figure in this document, the third bullet point, that's counting the return rate of 465 units out of the figure that only had the repair done, correct?

MR. GRAHAM:  Same objections in that it's still incomplete.  465 of what, of the number on the page?

MR. TAYLOR:  Right, of the 3,577 that had the repair done.

THE WITNESS:  Yes, correct.