# **Exhibit B**

Report of
Susan K. Thompson
and
Brian S. Repucci of Hemming Morse, LLC

*Gary Guthrie, et al. v. Mazda Motor of America, Inc.*

United States District Court
Central District of California

8:22-cv-01055-DOC-DFM

## Table of Contents

REPORT OF SUSAN K. THOMPSON AND BRIAN S. REPUCCI OF HEMMING MORSE, LLC ............................. 2

I.     INTRODUCTION AND QUALIFICATIONS ..................................................................... 2

II.     DOCUMENTS CONSIDERED ....................................................................................... 3

III.     SUMMARY OF VALUES .............................................................................................. 3

IV.     BACKGROUND ........................................................................................................... 4

     1.    *Powertrain Limited Warranty Extension* ...................................................... 5

     2.    *Repair Program and Inspection/Repair Program* ...................................... 5

     3.    *Reimbursement for out-of-pocket costs* ....................................................... 5

     4.    *Cost of Administration and Notice* .............................................................. 5

     5.    *Cost of Attorneys' fees and costs* .................................................................. 5

V.     ANALYSIS ................................................................................................................... 5

     **A.   Class Vehicles** .................................................................................................. 6

     **B.   Powertrain Limited Warranty Extension** ................................................... 6

     **C.   Repair Program and Inspection/Repair Program** ...................................... 7

     **D.   Reimbursements for Out-of-Pocket Costs** ................................................... 9

     **E.   Cost of Administration and Notice** ............................................................ 10

     **F.   Cost of Attorneys' Fees and Costs** ............................................................. 10

VI.     CONCLUSION .......................................................................................................... 10

**Schedules**

Summary Schedule: Summary of Settlement Values

Schedule 1: Value of Extended Powertrain Limited Warranty

Schedule 1.1: Calculation of Extension of Powertrain Limited Warranty

Schedule 2: Value of Repair

Schedule 3: Value of Inspection

Schedule 4: Reimbursement for Out-of-Pocket Excess Oil Change Analysis

Schedule 5: Mazda Class Vehicles

**Exhibits**

Exhibit A: Curriculum Vitae, Susan K. Thompson, CPA/CFF and Brian S. Repucci, CPA/CFF

Exhibit B: Documents Considered

Exhibit C: Joint Term Sheet for Proposed Nationwide Class Settlement as of September 20, 2022

Exhibit D: Powertrain Warranty Research

Exhibit E: Part Cost

Exhibit F: Mazda Correspondence of December 26, 2023, from Jahmy Graham to Stephen Taylor.

**REPORT OF SUSAN K. THOMPSON AND BRIAN S. REPUCCI OF HEMMING MORSE, LLC**

**I.        INTRODUCTION AND QUALIFICATIONS**

1. Hemming Morse, LLC, ("Hemming") was retained by counsel for the plaintiffs ("Counsel"), representing the proposed class (the "Class") in *In re: Gary Guthrie, et al. v. Mazda Motor of America, Inc.*, Case No. 8:22-cv-01055-DOC-DFM (the "Litigation"), to provide an opinion concerning the value to the consumer (economic benefit) that is provided to the class as a result of the Joint Terms Sheet for Proposed Nationwide Class Settlement, as of September 20, 2023 (the "Settlement").  Specifically, we were engaged to determine the value of the various elements of the Settlement including the warranty extension, the Hybrid Inspection/Repair program and Reimbursement for out-of-pocket costs related to oil changes.  In determining a total value to the Class, we reviewed documents and records provided by Mazda Motor of America, Inc. ("Mazda"), "Defendants," related to vehicle warranty, inspections, repairs, labor rates as well as conducting research related to out-of-pocket reimbursements contemplated in the Settlement Agreement.

### Susan K. Thompson

2. I am a Partner of Hemming Morse, LLC, a forensic and financial consulting firm.  I have over 35 years of experience in public accounting with both a national firm and a local firm in Fresno having joined Hemming Morse, Inc. in 2001 (the company changed from a corporation to a limited liability partnership in 2012).  My expert qualifications, including the testimony I have given during the last 5 years are described in **Exhibit A**.

3. My primary background is in auditing, and I have performed extensive litigation and forensic accounting and consulting services for over 35 years.  My forensic accounting and consulting experience includes assistance in various forms of business litigation, fraud investigations, professional liability litigation, investigations of property and casualty insurance and fraud claims, and investigations of internal controls of for profit and not for profit companies. I also have experience in criminal matters, having provided services to the United States Attorney, County District Attorneys and the California Attorney General.  I have testified in several superior courts and participated in arbitration proceedings, mediation proceedings and administrative hearings.

4. I am a Certified Public Accountant and Certified in Financial Forensics by the American Institute of Certified Public Accountants.  I earned a Bachelor of Science degree from Loma Linda University, La Sierra Campus.

5. My hourly rate for preparing this report is $560 per hour.  My compensation for any deposition is $560 per hour, if taken remotely, and $5,600 per any portion of a day, if taken in person, and my trial testimony in this Litigation is billed at the rate of $560 per hour.

### Brian S. Repucci

6. I am a Principal at Hemming Morse, LLC, a forensic and financial consulting firm.  I have over 25 years of accounting experience working in both private industry and with a regional public accounting firm having joined Hemming Morse in 2007. My expert qualifications, including the testimony I have given during the last four years are described in **Exhibit A.**

7. My primary background is in accounting and auditing, and I have performed litigation and forensic accounting and consulting services for over 15 years.  My forensic accounting and consulting experience includes assistance in various forms of business litigation, construction disputes, investigations of property and casualty insurance and fraud claims, and investigations of internal controls of for profit and not for profit companies.  I have testified in superior court, Federal court, and participated in arbitration and mediation proceedings.

8. I am a Certified Public Accountant and Certified in Financial Forensics by the American Institute of Certified Public Accountants.  I earned a Bachelor of Science degree with an emphasis in Accountancy from California State University, Fresno.

9. My hourly rate for preparing this report is $400 per hour.  My compensation for any deposition is $400 per hour, if taken remotely, and $4,000 per any portion of a day, if taken in person, and my trial testimony is billed at my hourly rate of $400 per hour.

10. Others in our firm assisting in this Litigation under our supervision and control are compensated at their respective hourly rates. Counsel has also agreed to reimburse Hemming for any out-of-pocket expenses.  Our compensation is not dependent either on the opinions expressed or the outcome of this Litigation.  A list of the sources consulted in preparing this report, as required by Federal Rule of Civil Procedure 26(a)(2)(B)(ii) may be found in **Exhibit B** to this report.

11. This report should not be construed as expressing opinions on matters of law, which are outside of our expertise.  To the extent we have interpreted regulations, contracts, agreements, relevant cases, or other evidence, these interpretations necessarily reflect our understanding thereof from an accounting and financial reporting perspective.

## II.    DOCUMENTS CONSIDERED

12. A list of the sources consulted in preparing this report, may be found in Exhibit B to this report.

13. In addition, other evidence may be produced that could be relevant to these conclusions, including the testimony and reports of other witnesses, and we reserve the right to amend this report after considering such evidence, if necessary.

## III.    SUMMARY OF VALUES

14. The value provided to the Class under the Settlement Agreement as of January 8, 2024 is $109,895,680.[1] That value includes the following elements:

   a. The value of the Extended Powertrain Limited Warranty Coverage for the Mazda Class Vehicles from 60 months/60,000 miles to 84 months/84,000 miles is $58,836,174.[2]

   b. The value of the Inspection/Repair program for Class Vehicles is $51,059,506.[3] The value of the repair for 58,789 Class Vehicles in which the issue has already manifested is

---

[1] Summary Schedule.

[2] Schedule 1.

[3] Schedule 2 and 3.

$46,413,916[4] and the value of the inspection for the remaining 27,327 Class Vehicles is $4,645,590.[5]

c.  The value of Other Repair-Related Reimbursements for Class Vehicles related to the additional oil changes has not been calculated because data related to the number of qualifying reimbursements is not available.

    i.  An estimate of potential values related to out-of-pocket reimbursement for excess oil changes was prepared using the average cost of an oil change at a Mazda dealer of $100[6] and assuming a range of 5% to 25% of Class Vehicles received one excess oil change the out-of-pocket reimbursement value would range from $430,580 - $2,152,900.  If all Class Vehicles received one extra oil change at an average cost of $100 the out-of-pocket reimbursement value would be $8,611,600.

d.  The value related to the Administration of the program has not been calculated.

e.  The value related to Attorneys' fees and costs has not been calculated.

## IV.    BACKGROUND

15. The Settlement with Defendants provides certain benefits to the following class: past and present owners and lessees of certain 2021-2022 Mazda CX-30, 2021 CX-5, 2021 CX9, 2021-2022 Mazda3, and 2021 Mazda6 vehicles within a specific VIN production range (the "Class Vehicles").   The number of Class Vehicles total approximately 86,116 vehicles and include:[7]

| Model Year | Make/Model | No. of Class Vehicles |
|---|---|---|
| 2021 | Mazda3 (Japan built) | ■ |
| 2021/2022 | Mazda3 (Mexico built) | ■ |
| 2021/2022 | Mazda CX-30 (Mexico built) | ■ |
| 2021 | Mazda6 | ■ |
| 2021 | Mazda CX5 | ■ |
| 2021 | Mazda CX9 | ■ |
| | **Total** | **86,116** |

---

[4] Schedule 2.

[5] Schedule 3.

[6] See Mazda Correspondence of December 26, 2023, from Jahmy Graham to Stephen Taylor (Exhibit F).

[7] Item 1. Vehicle Scope to the Joint Terms Sheet for Proposed Nationwide Class Settlement (as of September 20, 2023).

16. The benefits to the Class as described in the Settlement Agreement are:

   *1.        Powertrain Limited Warranty Extension*

17. The entirety of the Class Vehicles shall receive an extension to the Mazda Powertrain Limited Warranty from 60 months/60,000 miles to 84 months/84,000 miles.

   *2.        Repair Program and Inspection/Repair Program*

18. A valve stem seal replacement is available to customers who have experienced excessive oil consumption (i.e., actual manifestation, for example low engine oil light has illuminated before the recommended service/oil change interval OR documented previous refilling of oil (either by dealer or the customer) before the light came on if the customer or dealer noticed that the oil level was too low before the regular service/oil change interval (documented proof can include but is not limited to repair orders or invoices from dealers or a receipt for the purchase of engine oil)); **but** If a customer has not experienced manifestation yet, they can still bring their vehicle to a dealer for an excessive oil consumption test.  If the vehicle fails the test, that customer will then receive a valve stem seal replacement.  Loaner vehicles to be provided (subject to dealer availability) for the repair.[8]

   *3.        Reimbursement for out-of-pocket costs*

19. Class members have available to them reimbursement for oil, and oil changes subject to proof (e.g., cost of oil changes performed more frequently than the normal interval of 7,500 miles or 1 year) related to the excessive oil consumption issue.[9]

   *4.        Cost of Administration and Notice*

20. We have not calculated the cost of administration and notice.[10]

   *5.        Cost of Attorneys' fees and costs*

21. We have not calculated the cost of attorneys' fees and costs to be paid by Mazda.[11]

## V.     ANALYSIS

22. The determination of value for the various elements of the Settlement, including the powertrain limited warranty extension, the Repair Program, the Inspection/Repair Program, and various cash reimbursements, is based on information supplied by Mazda and independent research.  The

---

[8] Item 4. Inspection/Repair program ("Program") to the Joint Terms Sheet for Proposed Nationwide Class Settlement (as of September 20, 2023).

[9] Item 11. Reimbursement for out-of-pocket costs to the Joint Terms Sheet for Proposed Nationwide Class Settlement (as of September 20, 2023).

[10] Item 5. Administration of program to the Joint Terms Sheet for Proposed Nationwide Class Settlement (as of September 20, 2023).

[11] Item 10. Attorneys' Fees and Costs to the Joint Terms Sheet for Proposed Nationwide Class Settlement (as of September 20, 2023).

methodology to determine the value already received or eligible to be received by the Class is described in detail below.

### A. Class Vehicles

23. The total number of Mazda Class Vehicles of 86,116 was provided by Mazda and shown in the Joint Terms Sheet.[12]   Pursuant to which and for purposes of this opinion, a total of 58,789 Class Vehicles have had the Engine Oil Light Illuminate before Mazda's recommended interval for an oil service.[13] Those Class Vehicles have been allocated to each Make/Model and Model Year based on that model's percentage of the total Class.  See Allocation in Table 1 below:

**Table 1.  Class Vehicles[14]**

| Make/Model | Model Year | 86,116 Class Vehicles | % | 58,789 Class Vehicles had Engine Oil Light Illuminate | % |
|---|---|---|---|---|---|
| Mazda3 (Japan built) | 2021 | ███ | | ███ | |
| Mazda3 (Mexico built) | 2021/2022 | ███ | | ███ | |
| Mazda CX-30 (Mexico built) | 2021/2022 | ███ | | ███ | |
| Mazda6 | 2021 | ███ | | ███ | |
| Mazda CX5 | 2021 | ███ | | ███ | |
| Mazda CX9 | 2021 | ███ | | ███ | |
| **Total** | | **86,116** | | **58,789** | |

### B. Powertrain Limited Warranty Extension

24. The Settlement extends the Class Vehicle's Powertrain Limited Warranty, for all Class Vehicles for an additional 24 months/24,000 miles from 60 months/60,000 miles to 84 months/84,000 miles.  The Mazda Powertrain limited warranty covers the transmission and transaxle; the engine; and the front and rear drive systems.[15]

25. As of the date of this report Mazda has not provided the manufacturer's suggested retail price ("MSRP") to a consumer for the Powertrain Limited Warranty Extension.  This information has been requested and this opinion may be updated if this information is provided.

---

[12] Guthrie et al. v. MNAO CONFIDENTIAL pursuant to FRE 408 – Settlement Negotiation Joint Terms Sheet for Proposed Nationwide Class Settlement (as of September 20, 2023).

[13] See Mazda Correspondence of December 26, 2023, from Jahmy Graham to Stephen Taylor (Exhibit F) and ███████████████████████████████████████████

[14] Schedule 5.

[15] Powertrain Limited Warranty, https://www.ingramparkmazda.com/blogs/2214/which-parts-are-covered-in-the-mazda-powertrain-limited-warranty/

26. To provide an estimate of the value of the powertrain extended warranty we have relied on online research and quotes for aftermarket vehicle warranty extensions.[16]  Based on this analysis, two on-line articles specifically related to the cost of powertrain warranties were used to estimate a $683 value for a Mazda 2-year/24,000 mile Powertrain Limited Warranty extension[17]

27. The calculation of the total value of the Powertrain Limited Warranty Extended Warranty of $58,836,174 is shown on Schedule 1 and is summarized in Table 2 below.

**Table 2. Value of Powertrain Limited Warranty Extension[18]**

| Make/Model | Model Year | [a] 86,116 Class Vehicles | [b] Value of Powertrain Limited Warranty Extenstion | [c]= [a]x[b] Total Warranty Value |
|---|---|---|---|---|
| Mazda3 (Japan built) | 2021 | ■ | $683 | ■ |
| Mazda3 (Mexico built) | 2021/2022 | ■ | $683 | ■ |
| Mazda CX-30 (Mexico built) | 2021/2022 | ■ | $683 | ■ |
| Mazda6 | 2021 | ■ | $683 | ■ |
| Mazda CX5 | 2021 | ■ | $683 | ■ |
| Mazda CX9 | 2021 | ■ | $683 | ■ |
| **Total** | | **86,116** | | **$58,836,174** |

### C.      Repair Program and Inspection/Repair Program

28. Mazda will replace the defective valve stem seals of all Class Vehicles which manifest excessive oil consumption through premature triggering of the engine oil light or documented premature refilling of oil. If a Class Member has not experienced manifestation yet, they can bring their vehicle to a dealer for an excessive oil consumption test.[19]

29. Mazda reports that, at least, 58,789 Class Vehicles had the manifestation of the Engine Oil Light illuminating, and which therefore qualify for the repair.[20]  The value related to the cost of repair has only been calculated for these 58,789 Class Vehicles.

30. The 58,789 Class Vehicles may be understated because that number does not include Class Vehicles whose owners opted out of Mazda Connected Services but experienced an Engine Oil Light triggering event. Nor does it account for any Class Vehicles that documented low engine oil before the recommended oil change interval.  These Class Vehicles would be eligible for the repair

---

[16] Extended warranty quotes from Empire Auto Protection and Endurance Warranty as well as extended powertrain warranty costs cited in articles (Autoguide.com, Consumer Affairs.com) were used.  See Schedule 1.1.

[17] Schedule 1.1.

[18] Schedule 1.

[19] Item 4. Inspection/Repair program ("Program") to the Joint Terms Sheet for Proposed Nationwide Class Settlement (as of September 20, 2023).

[20] J. Ward Deposition dated 10/26/23, Exhibit-7.

but because this information is not known at this time, they have not been considered in the value of this settlement benefit.

31. Mazda estimated the time needed to complete the repairs at ███████.[21]

32. Mazda stated the national average labor rate charged by dealers is ████████.[22]  Total cost of labor to complete the repair is $748.[23]

33. To calculate the cost of parts needed to complete the repair, Technical Service Bulletin ("TSB") number 01-003/23 was reviewed.  The required parts listed in this TSB were 8 valve seals, part number PY8W-10-1F5, and 1 cylinder head cover gasket, part number PY8W-10-235.  To obtain the cost of these parts, the part numbers were entered into a Mazda online parts store.[24]  The list price for the valve seals was $1.38 (or $11.04 for 8) and the list price for the cylinder head cover gasket was $30.46 for a total part cost of $41.50.

34. The total cost to perform the repair based on parts and labor is $790 per class vehicle.[25]

35. Based on this information the total value of the repair for Class Vehicles that experienced the manifestation is at least $46,413,916 and calculated on Schedule 2 and shown in Table 3 below.[26]

### Table 3. Value of Repair[27]

| | | [a] | [b] | [c] = [a]x[b] |
|---|---|---|---|---|
| Make/Model | Model Year | 58,789 Class Vehicles had Engine Oil Light Illuminate | Cost of Parts & Labor | Total Value of Repair |
| Mazda3 (Japan built) | 2021 | ████ | $ 790 | $ ████ |
| Mazda3 (Mexico built) | 2021/2022 | ███ | $ 790 | $ ████ |
| Mazda CX-30 (Mexico built) | 2021/2022 | ███ | $ 790 | $ █████ |
| Mazda6 | 2021 | ████ | $ 790 | $ █████ |
| Mazda CX5 | 2021 | ████ | $ 790 | $ █████ |
| Mazda CX9 | 2021 | ███ | $ 790 | $ █████ |
| **Total** | | **58,789** | | **$ 46,413,916** |

36. In addition to the cost of repair, Class Members that have not experienced an oil light illumination before the recommended interval, or who have no documented excessive oil consumption, can bring their vehicle in for an oil consumption test.  Approximately 27,327 Class Vehicles may be eligible for this inspection.

---

[21] See Mazda Correspondence of December 26, 2023, from Jahmy Graham to Stephen Taylor (Exhibit F)

[22] See Mazda Correspondence of December 26, 2023, from Jahmy Graham to Stephen Taylor (Exhibit F).

[23] ██████████████ = $748.

[24] https://parts.mazdausa.com/ (Exhibit E).

[25] Parts cost of $41.50 + labor cost of $748 (███████████) = $789.50.

[26] Total value of the repair = $46,413,915.50 (58,789 Class Vehicles x $789.50 (████████████ + part cost of $41.50).

[27] Schedule 2.

Report of Hemming Morse, LLP

37. This figure is the difference between the 58,789 Class Vehicles known to have the Engine Oil Light triggering event and the total Class Vehicle population of 86,116. The number of Class Vehicles eligible for the inspection is an approximation as it does not factor in Class Vehicles that opted out of Mazda Connected Services but experienced an Engine Oil Light triggering event. Nor does it account for any Class Vehicles that documented low engine oil before the recommended oil change interval. In either of those cases, these Class Vehicles would not need an oil consumption test but would qualify for the repair.

38. Mazda stated the national average labor rate charged by Dealers is █████████.[28]

39. Mazda estimated the time needed to conduct the inspection was approximately ████.[29]

40. To calculate the value of the inspection, the corresponding labor cost of $170 (███████████████) was multiplied by the 27,327 Class Vehicles eligible for the inspection.[30]

41. In calculating the value of the inspection, we did not include the value of any repairs needed resulting from the inspection and oil consumption test. The value of the inspection for all eligible Class Vehicles is $4,645,590 and calculated on Schedules 3 and shown in Table 4 Below.

**Table 4. Value of Inspection[31]**

| | | [a] | [b] | [c]= [a]-[b] | [d] | [e] = [c]x[d] |
|---|---|---|---|---|---|---|
| Make/Model | Model Year | 86,116 Class Vehicles | 58,789 Class Vehicles had Engine Oil Light Illuminate | Class Vehicles Eligible for Inspection | Inspection Cost | Total Value of Repair |
| Mazda3 (Japan built) | 2021 | ██████ | ██████ | ██████ | ██████ | ██████ |
| Mazda3 (Mexico built) | 2021/2022 | ██████ | ██████ | ██████ | ██████ | ██████ |
| Mazda CX-30 (Mexico built) | 2021/2022 | ██████ | ██████ | ██████ | ██████ | ██████ |
| Mazda6 | 2021 | ██████ | ██████ | ██████ | ██████ | ██████ |
| Mazda CX5 | 2021 | ██████ | ██████ | ██████ | ██████ | ██████ |
| Mazda CX9 | 2021 | ██████ | ██████ | ██████ | ██████ | ██████ |
| **Total** | | **86,116** | **58,789** | **27,327** | | **$4,645,590** |

**D.      Reimbursements for Out-of-Pocket Costs**

42. We have not included in our valuation of the settlement a value related to the Other Repair-Related Reimbursements for excess oil changes because data related to the number of qualifying reimbursements is not available. To estimate a potential value to the Class for reimbursement

---

[28] See Mazda Correspondence of December 26, 2023, from Jahmy Graham to Stephen Taylor (Exhibit F).

[29] See Mazda Correspondence of December 26, 2023, from Jahmy Graham to Stephen Taylor (Exhibit F).

[30] ████████████████ = $170.

[31] See Schedule 3.

related to additional oil changes Mazda's average cost of ▮▮▮▮ for an oil change was used.[32] This information was compared to oil change costs reported by Kelly Blue Book and deemed reasonable.[33]

43. If all Class Vehicles obtained one extra oil change the potential reimbursement value would be $8,611,600.  Assuming only 5%-25% of the Class Vehicles received an extra oil change the out-of-pocket reimbursement value would range from $430,580-$2,152,900.[34]

### E.  Cost of Administration and Notice

44. We have not calculated a value related to the Cost of Administration and Notice.

### F.  Cost of Attorneys' Fees and Costs

45. We have not calculated the cost of attorneys' fees and costs agreed to be paid by Mazda.

## VI.  CONCLUSION

46.  As outlined in the Summary Table above, the total value of benefits provided to the Class, under the Joint Terms Sheet for Proposed Nationwide Class Settlement Agreement as of September 20, 2023, and based on the information presently available and our work completed as of January 4, 2024, is $109,895,680.  The value for the Extended Warranty is $58,836,174 and other benefits including inspection and repair provided in the Settlement Agreement were $51,059,506 ($46,413,916 for the value of the repair and $4,645,590 for the value of the inspection).

47. The opinions expressed in this report are based on the information reviewed to date. When further information becomes available and reviewed, we reserve the right to amend, revise and finalize the report and opinions accordingly.

48. We declare the foregoing to all be correct and true to the best of our knowledge.  Executed on the 8th day of January 2024, at Fresno, CA.

_____          _____
Susan K. Thompson, CPA/CFF                      Brian S. Repucci, CPA/CFF

---

[32] See Mazda Correspondence of December 26, 2023, from Jahmy Graham to Stephen Taylor (Exhibit F). Mazda estimates the cost of a routine oil change to range from ▮▮▮▮▮▮ or an average cost of ▮▮▮ ($▮▮▮▮▮ = ▮▮▮▮ = ▮▮▮).

[33] To determine the average cost of an oil change the average cost of an oil change provided by Mazda in the discovery process was used.  See Mazda Correspondence of December 26, 2023, from Jahmy Graham to Stephen Taylor.  To confirm the reasonableness of this average we reviewed information related to Mazda Oil Changes as report by Kelly Blue Book.  The website listed dealer oil changes ranging from $91-$112 for an average of $101.50 per oil change and the cost of an oil change from an independent service ranged from $73-$89 for an average cost of $81.

[34] See Schedule 4.

Report of Hemming Morse, LLP                                    Page **10** of 10

**Summary Schedule**

**Guthrie, et al. v Mazda Motor of America, Inc.**
**Case No. 8:22-cv-01055-DOC-DFM**
**Summary of Settlement Values**

| Description | | | Amount |
|---|---|---|---|
| Total Class Vehicles | [1] | | 86,116 |
| Class Vehicles With Oil Light Illuminating | [1] | | 58,789 |
| Class Vehicles Eligible for Inspection | [1] | | 27,327 |
| | | | |
| Est. Value of 24 month/24,000 Powertrain Limited  Warranty | [2] | $ | 683.22 |
| Per Class Vehicle Value of Repair (Parts & Labor) | [3] | $ | 789.50 |
| Per Class Vehicle Value of Inspection | [4] | $ | 170.00 |
| | | | |
| **Total Value of 24 month/24K mile Powertrain Limited Warranty 86,116 Class Vehicles** | [5] | **$** | **58,836,174** |
| | | | |
| **Other Settlement Agreement Benefits Valued:** | | | |
| Value of Repair 58,789 Class Vehicles | [6] | $ | 46,413,916 |
| Value of Inspection for 27,327 Class Vehicles | [7] | $ | 4,645,590 |
| Total Value of Other Settlement Agreement Benefits | [8] | **$** | **51,059,506** |
| **Total Value of Settlement Agreement Valued as of January 4, 2024** | [9] | **$** | **109,895,680** |

**Potential Reimbursement Out-of-Pocket costs**

| | | | |
|---|---|---|---|
| Response Rate | | | |
| Value of Excess Oil Changes (Range of Response Rate) | [10] | | |
| 5% of Class Vehicles Obtained an Excess oil Change | | $ | 430,580 |
| 25% of Class Vehicles Obtained an Excess oil Change | | $ | 2,152,900 |
| 100% of Class Vehicles Obtained an Excess oil Change | | $ | 8,611,600 |

**Notes:**

[1] Total number of Mazda Class Vehicles of 86,116, See Schedule 5.

[2] Estimated value of warranty, See Schedule 1 and Schedule 1.1.

[3] Value of Repair, See Schedule 2.

[4] Value of Inspection, See Schedule 3.

[5] Value of Warranty calculated on Schedule 1 (86,116 Class Vehicles x Value of warranty of $683.22 = $58,836,174).

[6] Value of Repair See Schedule 2. Value of Repair calculated on 58,789 Class Vehicles that had the Engine Oil Light Illuminate (58,789 Class Vehicles x Value of Repair of $789.50 = $46,413,916).

[7] Value of Inspection See Schedule 3.  Value based on remaining Class Vehicles that did not have the Engine Oil Light illuminate, 86,116 Total Class Vehicles - 58,789 Class Vehicles with Oil Light Illuminating = 27,327.  Total value of inspection (27,327 Class Vehicles x Value of inspection of $170 = $4,645,590).

[8] Sum of the value of the Repair and Inspection ($46,413,916 + $4,645,590 = $51,059,506).

[9] Total value of Settlement, valued as of January 4, 2024  is $109,895,680 (value of warranty: $58,836,174 + value of repair: $46,413,916 + value of inspection: $4,645,590= $109,895,680).

[10] Potential value of out-of-pocket reimbursement related to excess oil changes.  See Schedule 4.

Prepared by HM, LLC

**Guthrie, et al. v Mazda Motor of America, Inc.**
**Case No. 8:22-cv-01055-DOC-DFM**
**Value of Extended Powertrain Limited Warranty**

**Extended Warranty Value**     $     683.22

|  |  |  |  |  |
|---|---|---|---|---|
| [a] | [b] | [c] | [d] = See Sch 1.1 | [e] = [c]x[d] |
| **Make/Model** | **Model Years** | **Class Vehicles [1]** | **Estimated Value of 24mo./24K mile Warranty [2]** | **Total** |
| Mazda3 | 2021 | ███ | $ 683 | $ ███ |
| Mazda3 | 2021/2022 | ███ | $ 683 | $ ███ |
| Mazda CX-30 | 2021/2022 | ███ | $ 683 | $ ███ |
| Mazda6 | 2021 | ███ | $ 683 | $ ███ |
| Mazda CX5 | 2021 | ███ | $ 683 | $ ███ |
| Mazda CX9 | 2021 | ███ | $ 683 | $ ███ |
| **Totals** |  | **86,116** |  | **$ 58,836,174** |

**Notes:**

[1] Total Class Vehicles that received the Extended Powertrain Limited Warranty.  See Schedule 5.

[2] Estimated value of the 24 month/24,000 extension of the powertrain limited warranty calculated on Schedule 1.1.

Prepared by HM, LLC

**Schedule 1.1**

**Guthrie, et al. v Mazda Motor of America, Inc.**
**Case No. 8:22-cv-01055-DOC-DFM**
**Calculation of Extension of Powertrain Limited Warranty**

| Description of Source | 2018 CX-9 | 2016 Mazda3 | 2019 MX-5 | 2021 Mazda3 | Average | Per Year | 2 Year Contract |
|---|---|---|---|---|---|---|---|
| Autoguide 3 year/75 mile Contract [1] | $ 1,031 | $ 994 | $ 974 | | $ 1,000 | $ 333 | $ 666 |
| Consumer Affairs (Low End) [2] | | | | | | $ 350 | $ 700 |
| Consumer Affairs (High End) [2] | | | | | | $ 1,000 | $ 2,000 |
| Empire Auto Protect (Per month) [3] | | | | $ 80 | | $ 960 | $ 1,920 |
| Endurance Warranty (30 months) [4] | | | | | $ 3,512 | $ 1,405 | $ 2,810 |
| Average All data points | | | | | | $ 810 | $ 1,619 |
| Average of 3 lowest data points | | | | | | $ 548 | $ 1,095 |
| Average of 2 lowest data points | | | | | | $ 342 | $ 683 |

Estimated Value of Powertrain Limited Warranty to
Schedule 1                                    $ 683.22

**Notes:**

[1] Per Autoguide.com article updated August 25, 2023 cited quotes for Mazda Powertrain Extended Warranty for a contract period of 3-year/75,000 miles.  Average cost across the three models cited was $1,000 for the three year period, or $333 a year. Estimate average cost for a 2-year Powertrain Extended per Autoguide.com is $666.

[2] Per Consumer Affairs article updated May 5, 2023 cited that powertrain warranties cost between $350 and $1,000 per year. A distinction between vehicle makes and models was not identified, but the lower end cost cited was comparable to the Mazda powertrain warranties cited in the Autoguide article.

[3] A third-party quote from Empire Auto Protect was obtained for a Powertrain Enhanced plan for a monthly premium of $79.99 a month which would equate to $960 a year or $1,920 for 24 months of coverage.

[4] Extended Warranty quote from Endurance Warranty had three warranty levels that covered similar items covered in the Mazda Powertrain Warranty.  These quotes were for 30 monthly payments of: $105.07 for the Secure Plus; $112.97 for the Superior; and $117.07 for the Supreme coverage.  Our understanding from counsel, is that the Supreme quote was the only warranty that covered seals and gaskets.  The total cost of the Endurance Supreme Warranty is $3,512.10 (30 months x $117.07). For 24 months of warranty coverage the cost would be $2,809.68 ($117.07 x 24 months).

Prepared by HM, LLC

**Schedule 2**

**Guthrie, et al. v Mazda Motor of America, Inc.**
**Case No. 8:22-cv-01055-DOC-DFM**
**Value of Repair**

| | | [a] | [b] | | [c] | [d] = [b]+[c] | [e] = [a]x[d] |
|---|---|---|---|---|---|---|---|
| **Make/Model** | **Model Year** | **Total Number of Class Vehicles[1]** | **Class Vehicles with Engine Oil Light Illumination[2]** | **Part Cost[3]** | **Labor Cost of Repair[4]** | **Total Cost** | **Value of Repair** |
| Mazda3 (Japan built) | 2021 | ██ | ██ | $ 42 | $ 748 | $ 790 | $ ██ |
| Mazda3 (Mexico built) | 2021/2022 | ██ | ██ | $ 42 | $ 748 | $ 790 | $ ██ |
| Mazda CX-30 (Mexico built) | 2021/2022 | ██ | ██ | $ 42 | $ 748 | $ 790 | $ ██ |
| Mazda6 | 2021 | ██ | ██ | $ 42 | $ 748 | $ 790 | $ ██ |
| Mazda CX5 | 2021 | ██ | ██ | $ 42 | $ 748 | $ 790 | $ ██ |
| Mazda CX9 | 2021 | ██ | ██ | $ 42 | $ 748 | $ 790 | $ ██ |
| | | **86,116** | **58,789** | | | | **$ 46,413,916** |

**Notes:**

[1] Total Class Vehicles See Schedule 5.

[2] Deposition of J. Ward dated 10/26/2023- Exhibit 7.

[3] Parts required for repair obtained from TSB 01-003/23.  Part costs obtained from Mazdausa.com See Exhibit E for Part Costs.

| **Part Cost** | **Part Number** | **Qty** | **Price** | **Amount** |
|---|---|---|---|---|
| Seal, Exhaust Valve | PY8W-10-1F5 | 8 | $ 1.38 | $ 11.04 |
| Gasket, Head Cover | PY8W-10-235 | 1 | $ 30.46 | $ 30.46 |
| **Total** | | | | **$ 41.50** |

[4] Average Labor Rate of ████ and ██████ needed for inspection for a total value of $748 (██████████) obtained from correspondence dated December 26, 2023 from Jahmy Graham to Stephen Taylor.  See Exhibit F.

Prepared by HM, LLC

**Schedule 3**

**Guthrie, et al. v Mazda Motor of America, Inc.**
**Case No. 8:22-cv-01055-DOC-DFM**
**Value of Inspection**

| Make/Model | Model Year | Class Vehicles [a] | Class Vehicles with Engine Oil Light Illumination [b] | Class Vehicles Eligible for Inspection [1] [c]= [a]-[b] | Labor Rate for Free Inspection [2] [d] | Value of Free Inspection 100% [e]= [c] x [d] |
|---|---|---|---|---|---|---|
| Mazda3 (Japan built) | 2021 | ■ | ■ | ■ | $ ■ | $ ■ |
| Mazda3 (Mexico built) | 2021/2022 | ■ | ■ | ■ | $ ■ | $ ■ |
| Mazda CX-30 (Mexico built) | 2021/2022 | 1■ | ■ | ■ | $ ■ | $ ■ |
| Mazda6 | 2021 | ■ | ■ | ■ | $ ■ | $ ■ |
| Mazda CX5 | 2021 | ■ | ■ | ■ | $ ■ | $ ■ |
| Mazda CX9 | 2021 | ■ | ■ | ■ | $ ■ | $ ■ |
| | | **86,116** | **58,789** | **27,327** | | **4,645,590** |

**Notes:**

[1] Total Class Vehicles whose engine oil light has not illuminated is eligible for an inspection (86,116 Class vehicles less 58,789 Vehicles with engine oil light illumination = 27,327 Class Vehicles) Schedule 5.

[2] Average Labor Rate of ■ and ■ needed for inspection for a total value of $170 obtained from correspondence dated December 26, 2023 from Jahmy Graham to Stephen Taylor.  See Exhibit F.

Prepared by HM, LLC

**Guthrie, et al. v Mazda Motor of America, Inc.**
**Case No. 8:22-cv-01055-DOC-DFM**
**Reimbursement for Out-of-Pocket Excess Oil Change Analysis**

| | | [a] Total Number of Class Vehicles [1] | [b] Average Cost of an Oil Change [2] | [c] Potential Reimbursement |
|---|---|---|---|---|
| **Make/Model** | **Model Year** | | | |
| Mazda3 (Japan built) | 2021 | ■■■ | $ 100 | $ ■■■ |
| Mazda3 (Mexico built) | 2021/2022 | ■■ | $ 100 | $ ■■ |
| Mazda CX-30 (Mexico built) | 2021/2022 | ■■ | $ 100 | $ ■■ |
| Mazda6 | 2021 | ■■ | $ 100 | $ ■■ |
| Mazda CX5 | 2021 | ■■ | $ 100 | $ ■■ |
| Mazda CX9 | 2021 | ■■ | $ 100 | $ ■■ |
| | | **86,116** | | **$ 8,611,600** |

Estimated Response Rates for Vehicles that obtained one Excess Oil Change:

| Estimated Response Rate | | Number of Class Vehicles | Average Cost of an Oil Change | Potential Reimbursement |
|---|---|---|---|---|
| % of Class Vehicles | 5% | 4,306 | $ 100 | $ 430,580 |
| % of Class Vehicles | 10% | 8,612 | $ 100 | $ 861,160 |
| % of Class Vehicles | 15% | 12,917 | $ 100 | $ 1,291,740 |
| % of Class Vehicles | 20% | 17,223 | $ 100 | $ 1,722,320 |
| % of Class Vehicles | 25% | 21,529 | $ 100 | $ 2,152,900 |

**Notes:**

[1] Total Class Vehicles See Schedule 5.

[2] Per correspondence dated December 26, 2023 from Jahmy Graham to Stephen Taylor (See Exhibit F), Average cost of an oil change at a dealership is approximately ■■■ for an average of ■■ per oil change.  This is comparable to the estimates obtained from Kelly Blue Book  website accessed on December 7, 2023.  Estimates include dealer costs ranging from $91-112 (Average $101.50).

Prepared by HM, LLC

**Schedule 5**

**Guthrie, et al. v Mazda Motor of America, Inc.**
**Case No. 8:22-cv-01055-DOC-DFM**
**Mazda Class Vehicles**



| | | [a] | [b] | [c]= [a]-[b] | [d] | [e]= [b]-[d] |
|---|---|---|---|---|---|---|
| **Make/Model** | **Model Year** | **86,116 Class Vehicles [1]** | **58,789 Class Vehicles had Engine Oil Light Illuminate[2]** | **Class Vehicles Eligible for Inspection** | **[2]** | **Class Vehicles with Engine light Illumination Not Repaired** |
| Mazda3 (Japan built) | 2021 | | | | | |
| Mazda3 (Mexico built) | 2021/2022 | | | | | |
| Mazda CX-30 (Mexico built) | 2021/2022 | | | | | |
| Mazda6 | 2021 | | | | | |
| Mazda CX5 | 2021 | | | | | |
| Mazda CX9 | 2021 | | | | | |
| **Total** | | **86,116** | **58,789** | **27,327** | | **55,212** |

**Notes:**

[1]  Total number of Class Vehicles "affected units" obtained from the Joint Terms Sheet for Proposed Nationwide Class Settlement (As of September 20, 2023).  See Exhibit C.

[2] Deposition of J. Ward dated 10/26/2023- Exhibit 7.

Prepared by HM, LLC

# Exhibit A

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

HEMMING.COM

# SUSAN K. THOMPSON, CPA/CFF

## Employment & Education

| | |
|---|---|
| 2001 – Present | **Hemming Morse** |
| | **Forensic and Financial Consultants** |
| | Partner |
| | Director, 2004-2011 |
| | Manager, 2001-2003 |
| | |
| 1987 – 2001 | **Silva Harden & Adolph, AC** |
| | Fresno, CA |
| | |
| 1985 – 1987 | **Price Waterhouse** |
| | San Jose, California |
| | |
| 1984 – 1985 | **Price Waterhouse** |
| | Newport Beach/Riverside, California |
| | |
| 1983 | **Loma Linda University, Loma Linda, California** |
| | B.S. Accounting |

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

HEMMING.COM

# SUSAN K. THOMPSON, CPA/CFF

## Professional & Service Affiliations

- Certified Public Accountant, State of California

- Certified in Financial Forensics

- California Society of Certified Public Accountants
  – Member, Forensic Services Section for Economic Damages
  – Member, Forensic Services Section for Fraud
  – Member, Litigation Steering Committee, 1997-2001
  – Chair, Litigation Services Committee, Fresno Chapter, 1997-1999

- American Institute of Certified Public Accountants
  – Loma Linda University Alumni Association
  – Smile For A Lifetime, Fresno/Clovis Chapter Board of Directors, 2011- 2019

## Seminar Instruction/Presentations

- **Speaker,** AICPA Forensics & Valuation Services Conference: When Good Food Goes Bad, 2015

- **Speaker,** California Society of CPAs Economic Damages Section Conference – Business Interruptions: When Good Food Goes Bad, 2015

- **Speaker,** State Association of County Auditors 103rd Conference – Developing Your Fraud Investigation Through Percipient and Subject Interviews, 2013

- **Speaker,** Fresno Chapter of the Institute of Management Accountants

## Testimony

### Trial and Arbitration

- Assemi Brothers, LLC et al. v. Wonderful Pistachios & Almonds LLC et al. (2023), California Superior Court, Fresno County, Case No. 19CECG03249

- Dr. Thomas Minor and Dr. Nadeem Rahman v. Dr. H. Greg Rainwater (2023), Private Arbitration, Case No. 01-21-0018-1225

- Marina Pacific Hotel & Suites, LLC, et al. v. Fireman's Fund Insurance Company (2023), California Superior Court, Los Angeles County, Case No. 20SMCV00952

- Pontus MAG Fairfield, LLC v. Barber Auto Mall Properties, LP, Barber Fairfield Management Company, LLC and Ronald L. Barber, et al. (2022), JAMS Arbitration, Case No. 1130009285

- Christopher S. Vincent and Shelby G. Vincent v Joi K. Stephens, Trustee of the Trust A, A Division of the Stephens Family Trust U/D/T (2022), California Superior Court, County of Santa Barbara, Case No. 16CECG02450

# SUSAN K. THOMPSON, CPA/CFF

## Testimony

### Trial and Arbitration continued

- Sandra N. Eddleman and Madelyn Lue Eddleman on behalf of The Morro Bay Ranch L.P. v. Joann Roemer Jones, et al. (2020) California Superior Court, San Luis Obispo County, Case No. 1:14-cv-01889-DAD-JLT

- Mandeep Singh Samrai dba American Quality Logistics, et al. v. Harjit Singh Samrahi, et al. (2019) California Superior Court, Fresno County Case No. 16CECG02450

- C & C Properties, et al. v. Shell Pipeline Company, et al. (2019) U.S. District Court Eastern District of California Case No. 1:14-cv-01889-DAD-JLT

- Timothy Norman, Ph.D. v. Hanna Boys Center, Inc. (2018) California Superior Court, Sonoma County SCV-260065

- Cynthia Klein v. Kewel Munger, a.k.a. Kable Munger, et al. (2018) California Superior Court, Kern County Case No. S-1500-CV-276206 SPC

## Testimony

### Deposition

- Assemi Brothers, LLC et al. v. Wonderful Pistachios & Almonds LLC et al. (2023), California Superior Court, Fresno County, Case No. 19CECG03249

- David A. Rodgers v. John L. Sullivan et al. (2023), California Superior Court, County of Placer, Case No. S-CV-0046695

- Marina Pacific Hotel & Suites, LLC, et al. v. Fireman's Fund Insurance Company (2023), California Superior Court, Los Angeles County, Case No. 20SMCV00952

- Dish Network L.L.C. v. Jadoo TV, Inc. (2023), U.S. District Court, Northern District of California San Francisco Division, Case No. 3:20-cv-01891-CRB (LB)

- Herbert D. Dompe, et al. v. Stewart & Jasper Orchards, et al. (2023), California Superior Court, County of Stanislaus, Case No. CV-20-004626

- PG&E v. Jeff Alexander (2022), California Superior Court, County of Kern, Case No. BCV-15-101623

- John Cepelak, et al. v HP Inc. (2022), United States District Court, Northern District of California, Case No.: 3:20-cv-02450-VC

- Jon Hart, Alex Daniels, and Joshua Dunlap v TWC Product and Technology LLC (2022), United States District Court, Northern District of California Case No. 4:20-cv-3842-JST

- Terry Sonneveldt, et al. v. Mazda Motor of America, Inc., et al. (2022), U.S. District Court, Central District of California, Case No. 8:19-cv-01298-JLS-KES

# SUSAN K. THOMPSON, CPA/CFF

## Testimony

### Deposition continued

- **Biodico Westside, LLC v. Red Rock Ranch, Inc. (2022)**
  American Arbitration Association,
  Case No. 02-19-003-9789

- **Christopher S. Vincent and Shelby G. Vincent v Joi K. Stephens, Trustee of the Trust A, A Division of the Stephens Family Trust U/D/T (2022)**
  California Superior Court, County of Santa Barbara,
  ANACAPA Division, Case No. 19CV04223

- **Ronald Garcia and Michiel Harrison v. Harley Davidson Motor Co. Group, LLC (2021)** U.S. District Court
  Northern District of California, San Francisco Division
  Case No. 3:19-cv-02054 JCS

- **Michael Kant v. Bigge Crane and Rigging Co. (2021)**
  California Superior Court, County of Alameda
  Case No. RG19047780

- **Harlan v. Visalia Unified School District, et al.  (2020)**
  California Superior Court, Tulare County
  Case No. VCU271531

- **San Carlos Irrigation and Drainage District v. The United States (2020)**, United States Court of Federal
  Claims, Case No. 18CECG02412

- **Patrick Klinger, et al. v. Western Milling, LLC, et al. (2020)** American Arbritration Association
  Case No. 34-2019-00251782

- **Michael Jones v. Vinvision Trucking & Storage (2020)**
  California Superior Court, Monterey County
  Case No. 19CV001091

- **Robert P. Garver v. Principal Life Insurance Co., The Roth Companies, Inc., and Duane Roth (2020)**
  U.S. District Court, District of Kansas
  Case No. 2:19-CV-02354

- **Michelle Aivazian Sanders, et al. v. Deborah R. Aivazian, et al. (2019)** California Superior Court, Fresno
  County, Case No. 18CECG02412

- **Mandeep Singh Samrai dba American Quality Logistics, et al. v. Harjit Singh Samrahi, et al. (2019)**
  California Superior Court, Fresno County
  Case No. 16CECG02450

- **Shawn Alger v FCA US LLC (2019)**
  U.S. District Court Eastern District of California
  Sacramento Division (2019) Case No. 2:18-cv-00360-MCE-EFB

- **Armando J. Becerra, et al. v. General Motors LLC (2019)**
  U.S. District Court Southern District of California
  Case No. 15CV2365-JAH-LL

- **Dorothy Rodden Jackson v. Richard Calone, et al (2018)** U.S. District Court Eastern District of California
  Case No. 2:16-cv-00891 TLN KJN

- **Jack Sislian and Christine Sislian v. Charlie Sis- lian, et al. (2018)** California Superior Court, Fresno County
  Case No. 17 CECG 03588

- **Timothy Norman, Ph.D. v. Hanna Boys Center, Inc. (2018)** California Superior Court, Sonoma County
  Case No. SCV-260065

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

# SUSAN K. THOMPSON, CPA/CFF

## Selected Experience

- Expert witness for plaintiffs' counsel in a wage and hour matter involving multiple employees spanning multiple years. The case involved unpaid overtime, meal and rest break violations, unpaid drive time to job sites, and off-the-clock time for traveling repairmen. Reviewed and analyzed employment history files, time and travel records, job site records, compensation data, and other documents to determine the proper employee compensation and to quantify damages.

- Expert witness for plaintiff in a loss of business income case. Determined the loss that resulted from the failure to plant corn ilage, based on the insurance agent's direction, on land that had previously flooded.

- Accounting consultant for the insured in a large business interruption case involving a nut processing plant. The case went to appraisal upon which each element of loss was unanimously decided in favor of client in excess of $1 million dollars.

- Accounting consultant for an insurance company to investigate a theft at the insured's nut processing plant. Analysis included documenting the accounting and physical controls surrounding inventory.

- Accounting consultant for a large insurance company in a suspected fraudulent claim of a nut processing plant. Based upon analysis performed, including following transactions through the perpetual inventory system, the receiving and shipping processes, the claim was denied and further action was taken against the insured.

- Performs analysis of Trust Accountings in disputed matters. Has worked in matters where over 10 years of Trust Accounting had to be tested and analyzed for propriety, including analysis of related parties who had financial interactions with the Trust.

- Expert witness for the plaintiff, a nut processor. Calculated damages in a breach of contract dispute, ultimately determining the lost contribution margin due to the breach. Plaintiff was awarded damages according to testimony.

- Accounting consultant to the plaintiff, a nut grower, against their nut processor for suspected fraudulent accounting practices. Analysis included assessing reasonable processing costs, allocation of fixed and variable costs and analysis of third party transactions. The analysis lead to successful settlement in favor of the plaintiff before trial.

- Served as a neutral in an insurance appraisal hearing involving lost profits of a fast food restaurant.

- Performs internal control reviews for not for profit as well as for profit businesses.

- Accounting consultant on behalf of the insurance company to assist in quantifying the losses of their insured's due to Class 1 food recalls, both domestically and internationally. This included interacting with the insured's customers and following the recalled product through all processors up to the point it is sold to the end consumer. Losses included raw product, work in progress and finished goods. The results of the analysis were used by counsel and the insured to settle claims. Assistance was provided in the settlement process as well.

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

# SUSAN K. THOMPSON, CPA/CFF

## Selected Experience continued

- Accounting consultant to many of the larger property and casualty insurance companies in California in assessing claims for loss of earnings, loss of inventory stock and loss of other business assets in agricultural, retail, food services and construction.

- Accounting consultant in several insurance fraud cases on behalf of the insurance company and/or the legal counsel assisting the insurance company. Duties included tracing money in money laundering schemes, providing financial status information for businesses or individuals, determining probable asset/inventory on hand, analysis and interpretation of accounting records and internal control structures, as well as analyzing various financial transactions.

- Accounting consultant in a large insurance fraud case. Worked with investigators from the Federal Bureau of Investigation and the District Attorney of Fresno's office in tracing funds through several bank accounts of several businesses.

- Assisted attorneys in preparation for depositions, in various stages of litigation and in anticipation of litigation. Prepared exhibits and related write-up work for trial. Typical services included calculations of damages and loss of earnings, analysis and interpretation of accounting records, and analysis of internal controls in industries including agricultural, professional services, retail, food services, construction, automobile dealerships, governmental entities, and real estate development.

- Provided expert witness testimony in cases involving personal injury and wrongful termination and resulting in lost wages/damages.

- Accounting consultant in white-collar crimes including embezzlement and kiting schemes.

- Provided expert witness testimony in a criminal matter involving real estate fraud. Our involvement included tracing investor funds over several years through several bank accounts and various businesses.

- Assisted a general contractor and a California city in mediation proceedings by calculating damages and resulting lost profits to lessees which was relied upon by all parties involved.

- Provides damage calculations and expert testimony in class action lawsuits.

# HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

**FRESNO OFFICE**
970 W Alluvial Avenue I Suite 115
Fresno, CA 93711
T: 559.440.0575

# BRIAN S. REPUCCI, CPA/CFF

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 2007 – Present | **Hemming Morse** <br> **Forensic and Financial Consultants** <br> Principal <br> Manager, 2012-2016 <br> Senior Associate, 2008-2010 <br> Associate, 2007-2008 |
| 2006 – 2007 | **ORBIS Container Services** <br> Assistant Controller |
| 2001 – 2006 | **Harrell Remodeling, Inc.** <br> Assistant Controller, 2004-2006 <br> Accounting Manager, 2001-2004 |
| 1998 – 2001 | **Brown Adams LLP** <br> Senior Staff Accountant, 2000-2001 <br> Staff Accountant, 1998-2000 |
| 1997 – 1998 | **Brinks Incorporated** <br> Office Manager |
| 1996 | **Cigna Health Care** <br> Data Entry Clerk |
| 1991 – 1996 | **Wells Fargo Bank** <br> Customer Service Representative |
| 1996 | **California State University, Fresno** <br> B.S. Business Administration |

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**FRESNO OFFICE**
970 W Alluvial Avenue I Suite 115
Fresno, CA 93711
T: 559.440.0575

# BRIAN S. REPUCCI, CPA/CFF

HEMMING.COM

## Professional & Service Affiliations

- Certified Public Accountant, State of California
- American Institute of Certified Public Accountants
- California Society of Certified Public Accountants
- Certified in Financial Forensics

- Golden Gate University
  - Adjunct Professor, Construction Claims
    2016 - 2021

## Testimony

### Trial

- Maria Costa and Mario Soares v. FCA US LLC f/k/a Chrysler Group LLC (2023), United States District Court for the District of Massachusetts, Case No. 1:20-cv-11810-ADB

- Wise Villa Winery, LLC v. California Wine Transport Inc. (2023), Superior Court of California, County of Sacramento, Case No. 34-2021-00293469

- John Baldrica v. Burley Linhart (2019) Superior Court of California, County of Madera Case No. MCV076659

### Arbitration

- Richard Furman Borst, M.D., Inc. v. Access Imaging Associate, Inc., Arthur B. Fontaine, M.D., Inc. (2022) Arbitration

- Omni Women's Health Medical Group, Inc. v Wade Dickinson, M.D.; and Camilla Marquez, M.D. (2021) Arbitration

- VSS International, Inc. v. State of California, Department of Transportation (2018) State of California Office of Administrative Hearings Public Works Contract Arbitration Case No. A-0013-02016

### Deposition

- Maria Costa and Mario Soares v. FCA US LLC f/k/a Chrysler Group LLC (2023), United States District Court for the District of Massachusetts, Case No. 1:20-cv-11810-ADB

- Chunfeng Shen v. Leng Han (2023) Superior Court of California, County of San Mateo Case No. 19-CIV-00022

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

CURRICULUM VITAE

**FRESNO OFFICE**
970 W Alluvial Avenue I Suite 115
Fresno, CA 93711
T: 559.440.0575

# BRIAN S. REPUCCI, CPA/CFF

HEMMING.COM

## Testimony continued

### Deposition

- Wise Villa Winery, LLC, v. California Wine Transport Inc. (2023)
  Superior Court of California, County of Sacramento
  Case No. 34-2021-00293469

- Leiasa Beckham v. Kaslofsky & Associates, LLC; 1850 Bryant Land LLC (2023)
  Superior Court of California, County of San Francisco
  Case No. CGC-19-573757

- Craig Kaprielian; Fruit World Nursery, Inc. v. Bruce M. Brown, et al. (2018)
  Superior Court of California, County of Fresno
  Case No. 16CECG01664

- VSS International, Inc. v. State of California, Department of Transportation (2018)
  State of California Office of Administrative Hearings
  Public Works Contract Arbitration
  Case No. A-0013-02016

## Selected Experience

- Accounting consultant in a wage and hour matter, which alleged that hundreds of farm labor employees were paid improper wages. Prepared analysis using hours worked records, compensation data and employee records to determine the proper calculation of employees' regular rate of pay.

- Accounting consultant in several business interruption cases. Duties have included calculation of damages, calculation of business interruption loss and interpretation of accounting records.

- Accounting Consultant regarding damages in a breach of lease action. Analysis included a quantification of unpaid rents, and quantification of the impacts of mitigation efforts.

- Accounting Consultant for a major insurance company sued by a former independent contractor claiming he should have been an employee. Helped prepare extensive analyses of time records, expense documents and other financial records. Assisted in the preparation of detailed analysis of the various factors considered by the courts in making decisions regarding employment status.

- Assisted attorneys in preparation for depositions in various stages of litigation and in anticipation of litigation. Prepared exhibits and related write-up work for trial. Typical services included performing damages and lost-profit analysis, which includes reviewing industry trends and historical financial data and creating various financial models to be used as trial exhibits.

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**FRESNO OFFICE**
970 W Alluvial Avenue | Suite 115
Fresno, CA 93711
T: 559.440.0575

## BRIAN S. REPUCCI, CPA/CFF

HEMMING.COM

### Selected Experience continued

■ Consultant for Plaintiff, owners of a single-family residence to determine construction costs incurred related to the renovation of their residence.

■ Consultant for owner of a newly built condominium casino project. Assisted the expert in the evaluation of contract costs and unpaid contract balances.

■ Consultant for Plaintiff in a wrongful termination matter. Calculated past and future lost wages and fringe benefits.

■ Consultant for contractor, analyze construction claims to the project owner relating to changes in condition and project delays. Reviewed claim documentation for sufficient support of costs incurred.

■ Consultant for Defendant, in a partnership dispute. Analyzed partnership's accounting records including tax returns and credit card statements to determine the appropriateness of expenses related to a 200 acre farming operation.

■ Various accounting experience including income tax preparation, planning and performing audits and preparation of financial statements. Responsible for preparing company budgets and cash flow projections. Financial presentations of monthly and yearly results to management team.

■ Accounting consultant for a network of health care providers to perform labor rate examinations of the general contractor and subcontractors for contract negotiations. Evaluated contractors' proposed billing and overhead rates.

# Exhibit B

**Guthrie, et al. v Mazda Motor of America, Inc.**
**Case No. 8:22-cv-01055-DOC-DFM**
**Exhibit B - Documents Considered**

**Documents**

Second Amended Complaint
Mazda correspondence dated 12/26/2023 from Jahmy Graham to Stephen Taylor
Deposition of Jerry Ward 10/26/2023
Ex. 7 to Deposition of Jerry Ward
Guthrie-9-20-23 term sheet
Guthrie_v. Mazda_000029-Guthrie_Mazda_000050
Guthrie_v. Mazda_008082-Guthrie_Mazda-008133
Guthrie_v. Mazda_008239-Guthrie_Mazda_008240
Kelly Blue Book oil change
Consumer Affairs, What does a Powertrain Warranty Cover in 2024
What is a Powertrain Warranty & What Does it Cover--Endurance
Should You Buy a Mazda Extended Warranty__Autoguide.com
PY8W101F5 Part list and cost
PY8W-10-235 - Gasket Part list and cost
Powertrain Warranty_What does it Cover (2023)
Mazda Powertrain Limited Warranty (Mazda website)
How Much Does and Extended Car Warranty Cost - CarTalk

Prepared by HMLLC

# Exhibit C

# Exhibit D



## Should You Buy a Mazda Extended Warranty?

**S**    by **Stephen Kenney**

**Updated:** August 25th, 2023   **Published:** November 25th, 2022   **f Share**

---

*To learn more about our editorial integrity policy and how we make money through affiliate
partnerships, read our full disclosure* here (http://editorial-integrity-affiliate-partnerships/) *.*

---

Thinking about a Mazda (http://new-cars/mazda/index.html) extended warranty? While
Mazdas are reliable vehicles, nothing lasts forever. A guarantee that your Mazda continues
to "zoom zoom" in its old age may be what you need for peace of mind.

This article reviews the Mazda Extended Confidence warranty by comparing coverage and
cost with the potential cost of repairs over time.

Before you buy coverage from Mazda, you should also compare it to extended warranties
from third-party companies. You can easily free, personalized quotes from the providers
that topped our list of the best extended car warranty (http://best-extended-auto-warranty-
providers/) companies in the industry to help you shop.

# FEATURED EXTENDED WARRANTY COMPANIES



## BEST COVERAGE

★★★★⯨ 4.6/5

GET PRICE

📞 877-374-1840

Limited time offer: Get $300 off with code SAVE300



## BEST VALUE

★★★★⯨ 4.2/5

GET PRICE

📞 800-563-2761

Plans as low as $99 per month

**Table of contents**

- Mazda Extended Warranty Overview
- Do You Need Extended Warranty Coverage?
- Mazda Extended Warranty Cost
- Benefits of Third-Party Extended Warranties

- Final Thoughts on Mazda's Extended Warranty

- Methodology

- Q & A

## Mazda Extended Warranty Overview

Mazda offers two extended warranty packages: Total Confidence and Powertrain Confidence. These warranties offer protection for Mazdas up to 100,000 miles by covering repairs after mechanical breakdowns.

| Mazda Extended Warranty | Coverage Term |
| --- | --- |
| Extended Confidence | 9 years/100,000 miles |
| Powertrain Confidence | 9 years/100,000 miles |

All repairs must be made by certified Mazda dealerships, and Mazda promises to make repairs using only genuine Mazda parts. Both plans are fully transferable and—like the factory warranty—include 24-hour emergency roadside assistance.

The Mazda extended warranty service contract does mention specific exclusions. These are:

- Damage to tire or wheels
- Environmental damage
- Damage from lack of maintenance
- Damage from incorrect fluid or fuel use
- Damage as a result of a collision

If you decide to purchase a Mazda extended warranty, be sure to read through the service contract yourself. This will give you a full understanding of what is and is not covered.

As with most extended warranty plans, a Mazda extended warranty requires that you regularly maintain and service your vehicle. These service visits are not covered under warranty and must be paid for out of pocket.

## Additional Coverage

In addition to extended warranty protection, Mazda offers:

- **Gap protection: This will help you recuperate the difference between the amount paid by your insurer and the amount you owe in car payments in the event of a total loss auto insurance claim.**
- **Vehicle theft protection:** You'll receive a $3,000 reimbursement and $2,000 replacement allowance if your vehicle is stolen and not recovered. Mazda will pay the insurance deductible if your recovered stolen vehicle needs repairs.
- **Tire and wheel protection:** This covers reimbursement for flat tire damage, tire replacements, rim protection, and any taxes.
- **Appearance package protection:** This package includes paintless dent repair, interior fabric repair, and key fob replacement.

## Do You Need Extended Warranty Coverage?

When considering extended coverage, first weigh the cost of the coverage against what you can expect to pay in repairs. Understanding your vehicle's normal service costs can help you determine the value of an extended warranty.

Much to the delight of Mazda owners, the Japanese automaker manufactures exceptionally reliable vehicles. According to RepairPal (https://repairpal.com/mazda) , the average annual repair cost for a 2018 Mazda3 is only $338. Major repairs for the Mazda3 are uncommon, and the same is true for the rest of the Mazda fleet. The CX-7 tends to require repairs more frequently than other Mazdas, but is still quite reliable.

The chart below details some common repairs for a 2018 Mazda3 and associated costs, according to RepairPal.

| Mazda Repair | Cost |
| --- | --- |
| Clutch hydraulic system bleed | $44 - $56 |
| Exhaust manifold gasket replacement | $240 - $297 |
| Oil change | $127 - $147 |
| Engine compression test | $107 - $136 |
| Powertrain control system diagnosis and testing | $88 - $111 |
| Automatic trans shift cable replacement | $326 - $368 |
| Wheel hub replacement | $289 - $331 |

When considering an extended warranty, another thing to keep in mind is that most vehicles come with a manufacturer's warranty already. The value of an extended warranty comes from what it provides beyond the coverage that you would have without it.

New and certified pre-owned (CPO) Mazda vehicles both come with factory warranties. These warranties are transferable, so even used Mazdas may be covered.

**Mazda Manufacturer's Warranty**

The Mazda manufacturer's warranty that comes standard with all new Mazda cars includes:

| Mazda Warranty Coverage | Term | Details |
| --- | --- | --- |
| New-Vehicle Limited Warranty | 3 years/36,000 miles | Bumper-to-bumper coverage for defects in materials and workmanship, with some exclusions |
| Powertrain Limited Warranty | 5 years/60,000 miles | Powertrain coverage for defects in materials and workmanship |
| 24/7 roadside assistance | 3 years/36,000 miles | Towing service to the nearest Mazda dealer |

Case 8:22-cv-01055-DOC-DFM Document 90-5 Filed 01/19/24 Page 40 of 60 Page ID #:1931

| RX-8 rotary engine core limited warranty extension | 8 years/100,000 miles | Coverage for rotary engine core components in RX-8 vehicles |
| --- | --- | --- |
| Brake pads and shoes | Lifetime | Coverage for brake pads and shoes, not including installation costs |

The factory warranty offered by Mazda is standard in terms of length. The detail that makes the Mazda factory warranty stand out is the lifetime guarantee for brake pads and shoes. Brake pads are not typically covered by warranties.

## Certified Pre-Owned Warranty

Mazda's certified pre-owned warranty provides an extension of the factory warranty. It includes:

- **CPO-Vehicle Limited Warranty:** Covers the same components as the New-Vehicle Limited Warranty for the remaining term of the original warranty, plus 12 months/12,000 miles
- **Limited Powertrain Warranty:** Covers the same components as the factory powertrain warranty but lasts for 7 years/100,000 miles
- **24/7 roadside assistance:** Towing for repairs covered under either the limited or powertrain warranty

## Mazda Extended Warranty Cost

Unlike the vast majority of manufacturer extended warranties, it is simple to get a quote for a Mazda extended warranty. Check out MazdaUSAWarranty.com (http://MazdaUSAWarranty.com) to find a quote for your vehicle.

Costs for Mazda extended warranties vary by vehicle model, deductible, and warranty term. The chart below lists some coverage prices for Mazda warranties with a $0 deductible and 3-year/75,000-mile contract.

| Mazda Year and Model | Total Confidence Warranty | Powertrain Extended Warranty |
|---|---|---|
| 2018 CX-9 | $1,422 | $1,031 |
| 2016 Mazda3 | $1,328 | $994 |
| 2019 MX-5 Miata | $1,192 | $974 |

These are good rates and about average for the industry. A major selling point of the Mazda extended warranty is that you can purchase one at any time. With most manufacturer warranties, you must purchase the extended warranty when you buy your car. With Mazda, you can purchase an extended warranty online at a later date if you prefer.

**Benefits of Third-Party Extended Warranties**

Usually, the greatest advantage of a third-party warranty provider is that you don't have to purchase it when you buy your car. Because the Mazda extended warranty can also be purchased anytime, third-party warranties do not carry this advantage.

However, it's worth comparing any manufacturer warranty against third-party offerings, as they may be cheaper or have longer coverage limits. Endurance (https://www.autoguide.com/endurance-auto-warranty-review/) , CARCHEX (https://www.autoguide.com/carchex-warranty-reviews/) , and CarShield (https://www.autoguide.com/carshield-reviews/) all offer extended warranties as high as 200,000+ miles. It's important to note that while these are technically called "vehicle service contracts," they function in almost exactly the same way as a warranty program.

With a Mazda extended warranty, you must have your vehicle serviced at a Mazda dealership. Dealerships usually offer superior service because dealership mechanics can specialize in one manufacturer. But it can also be inconvenient to have your car serviced at a dealership if none are nearby when your car breaks down. With many third-party extended warranty programs, you can take your Mazda to any certified repair shop you choose.

There are advantages and disadvantages with either warranty. The chart below offers a quick comparison between Mazda and Endurance extended warranties.

| | Mazda<br>Extended Warranty | Endurance<br>Extended Warranty |
|---|---|---|
| **Coverage Start Date** | Anytime | Anytime |
| Longest Term | 9 years/10,000 miles | 200,000+ miles |
| Levels of Coverage | 2 | 6 |
| Deductible | $0, $100 disappearing, or $250 | $0, $50, $100, or $200 |
| Where to Get Repairs | Mazda dealerships | Any US or Canadian repair facility certified by the National Institute for Automotive Service Excellence (ASE) |
| Transferability | | |
| Cancellation | Full refund available within 30 days, prorated refund after 30 days | Refund available within 30 days |
| Roadside Assistance | | |
| Rental Car Reimbursement | | |
| Availability | Purchase from Mazda dealerships or online | Get Quote |

## Final Thoughts on Mazda's Extended Warranty

It's not usually the best idea to purchase an extended warranty the same time that you buy a new car. It's better to wait until the factory warranty is about to expire. This is why we generally recommend third-party warranties over manufacturer extended warranties.

However, the Mazda extended warranty can be purchased separately from your vehicle, making it a more attractive option. The Mazda warranty offers comparable protection to most third-party warranties at a fair price. It is certainly worth considering.

We recommend comparing prices and protection plans from a few sources before making a final decision. Most providers will offer you a free quote upon request to help you make a thorough and accurate comparison before you choose.

## Methodology

Our review team prides itself on sharing accurate and unbiased information with consumers. We have accumulated data from dozens of extended auto warranty companies to formulate our rankings of the industry's best providers. Companies receive a score out of 5.0 overall, as well as a rating in each of the following categories:

- **Price: Comparing providers can be difficult due to the many factors that influence cost. To determine this score, we employ a secret shopper analysis using different vehicles, mileages, warranty plans, and locations.**
- **Coverage**: A wide variety of coverage is essential to support the differing needs of customers. We take into account the number of extended car warranty plans available, term limits, exclusions, and additional benefits.
- **Customer Service**: The level of customer service and care provided by an extended warranty company is an important consideration. Our review team sifts through customer reviews and complaints from reputable sources such as the Better Business Bureau (BBB) and Trustpilot. We also consider the responsiveness of each company's customer service team based on our secret shopper analysis.
- **Reputation**: Good extended warranty providers consistently provide quality experiences. Our team takes into account BBB ratings and the company's history of reliable service when giving this score.
- **Transparency**: Customers value a commitment to open and honest communication when it comes to vehicle service contracts. Our team of experts

Case 8:22-cv-01055-DOC-DFM    Document 91-5   Filed 01/19/24   Page 44 of 60   Page ID
#:1935

takes into account the availability of money-back guarantees and sample
contracts.

## Q & A

### Does Mazda have an extended warranty?

Yes. Mazda offers extended bumper-to-bumper and powertrain coverage for up to 100,000
miles. Both warranties have two deductible options: $0 and $100. A great benefit of the
Mazda extended warranty is that you do not have to purchase it at the time you purchase
your vehicle.

### What does a Mazda extended warranty cover?

Mazda's extended warranty covers the same parts as the factory warranty, with only a few
exclusions. You can purchase bumper-to-bumper coverage or protection for only the
vehicle's most essential parts and systems, like the engine.

### Is a Mazda extended warranty worth it?

Mazdas are particularly reliable vehicles. There is a good chance that the price of a Mazda
extended warranty will not exceed the cost of covered repairs under the contract term.
However, the peace of mind offered by an extended warranty may be worth it for drivers.

### How much should I pay for an extended warranty?

The cost of an extended car warranty varies depending on the age and model of your
vehicle. Extended powertrain warranties can range anywhere from $500 to $1,500 per year.
When comparing warranties, be sure to consider deductibles and breadth of coverage.

To measure the value of an extended warranty, compare your vehicle's average annual
repair costs against the price of the warranty. You should also check out a few of the most
expensive repairs that your vehicle could encounter so you understand what could happen
in a worst-case scenario. In addition to saving money, another great benefit of an extended
auto warranty is peace of mind.



## Stephen Kenney

Stephen Kenney is a writer and editor who focuses on car insurance, auto financing, and vehicle shipping services. He's a graduate of UNC-Chapel Hill and has experience covering categories ranging from travel to sports to environmental sustainability. In his free time, Stephen enjoys going on long-distance runs, trying out new recipes, and exploring his adopted hometown of Cincinnati.

More by **Stephen Kenney**

## Autoguide Insurance

## Comments

Automotive     Extended Car Warranties     Best Extended Auto Warranties     **What is a**

**powertrain warranty?**

# What does a powertrain warranty cover?

These contracts cover your engine and parts that deliver power to the wheels

Written by <u>Amelia York</u>, Edited by <u>Cassidy McCants</u>

**Updated: 05/05/2023**                                                        **Fact Checked**

Your vehicle's powertrain creates movement and delivers it to the wheels. If any component involved fails, you might be stuck paying high repair costs to get your car moving again.

A powertrain warranty covers the cost to repair or replace any part of your powertrain that fails due to a manufacturing defect or malfunction. This coverage might make sense if you're no longer under the <u>manufacturer's warranty</u> or prefer the financial safety net of an <u>extended warranty</u>.

---

# Key insights

- Your powertrain includes all parts that create and deliver power to your wheels: the engine, transmission, driveshaft, differentials, axles and any transfer cases.
- Auto warranties don't cover regular maintenance or damage from fire, vandalism, theft or accidents.
- In general, powertrain warranties cost between $350 and $1,000 a year. You'll pay a deductible (varies by company and plan) each time you make a claim and require service.

Case 8:22-cv-01055-DOC-DFM   Document 91-5   Filed 01/19/24   Page 47 of 60   Page ID #:1938



# What is a powertrain warranty, and what does it cover?

A vehicle's powertrain is all the parts that create power and deliver it to the wheels, including its engine, transmission, driveshaft, differential(s) and axle(s). If any of these components unexpectedly need repairs, the expense can be significant, which is why a powertrain warranty is worth considering.

The engine is the largest and most expensive item covered by a powertrain warranty. Your engine block contains a crankshaft, pistons and many other parts that help your car turn air, fuel and sparks into movement. A powertrain warranty covers the complete engine, including failure or issues with its components.

Everything else a powertrain warranty covers is technically part of your drivetrain. The drivetrain includes your:

- Transmission
- Driveshaft
- Differential(s)
- Axle(s)
- Transfer case (if applicable)

The complexity of your drivetrain mostly depends on whether your car has front-wheel drive, rear-wheel drive, all-wheel drive or four-wheel drive.

Issues with any of these components can bring your car to a grinding halt, and you'll have to pay up or fix them yourself if you want to get back on the road. Transmissions are particularly expensive to replace, sometimes costing several thousands of dollars without coverage.

» **LEARN:** What is a drivetrain warranty?

# What does a powertrain warranty not cover?

Simply put, if a part doesn't contribute to creating power or transferring it to the wheels, don't expect it to be covered under a powertrain warranty. You're still responsible for repairs to many important components with a powertrain warranty, including the heating and air conditioning system, for example.

If you want help paying for repairs to other parts of your vehicle, bumper-to-bumper warranty coverage might be a better choice. Bumper-to-bumper coverage is more expensive, but it can be worth it if you're worried about your car's other systems.

**» MORE:** What is a bumper-to-bumper warranty?

It's also worth noting that not every powertrain warranty covers seals and gaskets, so be sure to read the details of your plan to find out whether or not these components are included.

 **Keep in mind that a powertrain warranty (like all warranties) won't cover damage due to accident or theft. It also won't cover any routine maintenance.**

Likewise, most powertrain warranty plans don't cover your wheels or tires, even though they move the car. Most tires need to be replaced roughly every six years, but it's hard to find warranties, even among bumper-to-bumper plans, that include coverage for tires.

Car warranty coverage also generally doesn't include maintenance or replacement of items designed to wear down, though you may be required to keep up with both as part of your policy. Plan to take care of the following items yourself:

- **Oil changes** are usually necessary every 5,000 to 7,000 miles.
- **Brake pads** need to be replaced every 25,000 to 70,000 miles, and rotors are typically replaced about every 70,000 miles.
- **Occasional tire rotations** help extend the life of your tires.

Factor these costs into your budget on top of whatever you're spending on your vehicle, including for fuel and the warranty.

Powertrain warranties, like all auto warranties, don't cover damage sustained from accidents, vandalism or theft. These events should be covered by your car insurance. Your warranty only covers repairs and replacements that come about due to a malfunction or a breakdown.

# How much does a powertrain warranty cost?

Powertrain warranties typically cost between $350 and $1,000 per year. With a new car, you pay for the warranty upfront, with the cost wrapped into your vehicle's purchase price. In other cases, you may make a down payment at the start of coverage and a monthly payment thereafter. Most warranties also require a deductible ranging from $50 to $100.

Powertrain warranties are a great option for drivers who have unreliable vehicles or plan to own their vehicles for a long time. Depending on when and where you buy, you can get a powertrain warranty from your car dealership, your manufacturer or an independent auto warranty company.

You might also see options for:

- **Bumper-to-bumper warranties**, which cover more components but generally cost more and don't last as long
- **Drivetrain warranties**, which include everything in your powertrain except the engine

» **MORE:** [How much does an extended car warranty cost?](#)

# Quick and easy. Find an auto warranty partner now.

> Enter your ZIP Code

**View Pricing**

# FAQ

How long does a powertrain warranty last?                                    +

Are there lifetime powertrain warranties?                                    +

How is a powertrain warranty different from a bumper-to-bumper warranty?     +

**What voids a powertrain warranty?**

Did you find this article helpful? **YES** | **NO**   Share this article

https://www.mazdausawarranty.com/

https://www.autoguide.com/mazda-extended-warranty/

## Mazda Extended Warranty Cost

Unlike the vast majority of manufacturer extended warranties, it is simple to get a quote for a Mazda extended warranty. Check out MazdaUSAWarranty.com to find a quote for your vehicle.

Costs for Mazda extended warranties vary by vehicle model, deductible, and warranty term. The chart below lists some coverage prices for Mazda warranties with a $0 deductible and 3-year/75,000-mile contract.

| Mazda Year and Model | Total Confidence Warranty | Powertrain Extended Warranty |
|---|---|---|
| 2018 CX-9 | $1,422 | $1,031 |
| 2016 Mazda3 | $1,328 | $994 |
| 2019 MX-5 Miata | $1,192 | $974 |

These are good rates and about average for the industry. A major selling point of the Mazda extended warranty is that you can purchase one at any time. With most manufacturer warranties, you must purchase the extended warranty when you buy your car. With Mazda, you can purchase an extended warranty online at a later date if you prefer.

## Superior

30 MONTHLY PAYMENTS

# $112.97

**Extensive coverage that protects a wide range of components**

**Protection for the most common parts that break down over time:**

- ✓ Engine
- ✓ Transmission
- ✓ A/C
- ✓ Fuel System
- ✓ Electrical
- ✓ High-tech options
- ✓ And more!
- ✓ See What's Covered

**MOST POPULAR**

## Supreme

30 MONTHLY PAYMENTS

# $117.07

**Most comprehensive coverage available**

**Closest to a new manufacturer's warranty protection:**

- ✓ Engine
- ✓ Transmission
- ✓ A/C
- ✓ Fuel System
- ✓ Electrical
- ✓ High-tech options
- ✓ Seals & Gaskets
- ✓ Cooling System
- ✓ Transfer Case
- ✓ Drive Axle
- ✓ And more!
- ✓ See What's Covered

## Secure Plus

30 MONTHLY PAYMENTS

# $105.07

**Affordable coverage designed for older vehicles**

**Protects the most vital components of your vehicle:**

- ✓ Engine
- ✓ Transmission
- ✓ A/C
- ✓ And more!
- ✓ See What's Covered



**Quote Page**

# GREAT NEWS!

Hi Darren,

Here is the quote that you inquired for your 2021 MAZDA CX-3. Should you have any questions, Please feel free to contact Empire Auto Protect. We are always ready and eager to help! If you are unsatisfied with any of the coverage details, you will get a full refund for any reason within 30 days of signing up. This is unrestricted to ensure complete satisfaction. There is no risk included!

## Call Now (888) 345-0084

| YEAR | MAKE | MODEL |
|------|------|-------|
| 2021 | MAZDA | CX-3 |

| PLAN | TERM | PREMIUM |
|------|------|---------|
| Powertrain Enhanced | monthly | $79.99 |

### Component Groups with Coverage

| | | | |
|------|---|------|---|
| Engine | [X] | Transmission | [X] |
| 4x4 | AWD | [X] | Drive Axle | [X] |
| Electrical System | [X] | Cooling System | [X] |
| Brake System | [X] | Differential Assembly | [X] |
| Super/Turbo Charger | [X] | Steering | [X] |
| Fuel System | [X] | Air Conditioning | [X] |
| Suspension System | [X] | ABS Brakes | [X] |
| HI- Tech | [X] | Out Of Gas | [X] |
| Heating System | [X] | Rental Car | [X] |
| Towing | [X] | Locksmith | [X] |
| Dead Battery | [X] | Trip Interruption | [X] |

# Exhibit E

Shop OEM Mazda Part # PY8W-10-235 (8LT1-10-271, 8PY1-10-271, PY8W10235). GASKET, HEAD COVER. Cylinder head and cover

Skip To Content

Home (https://parts.mazdausa.com/)   /   PY8W-10-235 (/p/Mazda__/GASKET--HEAD-COVER/105510463/PY8W-10-235.html)

| CONFIRM THIS FITS YOUR Mazda | (/) |
|---|---|

2024 (/p/Mazda_2024_/GASKET--HEAD-COVER/105510463/PY8W-10-235.html)   2023 (/p/Mazda_2023_/GASKET--HEAD-COVER/105510463/PY8W-10-235.html)

# GASKET, HEAD COVER

Part Number: **PY8W-10-235**
Supersession(s): **8LT1-10-271; 8PY1-10-271; PY8W10235**

(https://images.simplepart.com/images/parts/motor/parts/fullsize/5416040_15.png)

GASKET,HEAD COVER

**Fits CX-30, CX-5, CX-50, CX-9, Mazda3, Mazda6**

3 people have looked at this part recently

| DIAGRAMS AND KITS |
|---|
| WHAT THIS FITS |
| ATTACHMENTS |
| PRODUCT TYPES |

## CYLINDER HEAD & COVER
(/a/Mazda__/105510463__9369898/CYLINDER-HEAD--COVER/AUTV04-1010A.html#10235)

Full Diagram (/a/Mazda__/105510463__9369898/CYLINDER-HEAD--COVER/AUTV04-1010A.html)

**#10235** Required: 1

GASKET, HEAD COVER

## CYLINDER HEAD & COVER
(/a/Mazda__/105510463__9369899/CYLINDER-HEAD--COVER/AUTV07-1010A.html#10235)

Full Diagram (/a/Mazda__/105510463__9369899/CYLINDER-HEAD--COVER/AUTV07-1010A.html)

**#10235** Required: 1

GASKET, HEAD COVER

SHOW MORE

# Recommended Products



Remote Engine Start. Module (Service Part)

00008FZ01

**$ 91.95**

(/p/Remote-Engine-Start-Module-Service-Part/94314042/00008FZ01.html?clickSource=relatedPerformance)

Front Mask. Front Mask Hardware Kit.

00008GG03

**$ 11.95**

(/p/Front-Mask-Front-Mask-Hardware-Kit/94314046/00008GG03.html?clickSource=relatedPerformance)

Remote Engine Start. Antenna (Service Part)

00008FZ10

**$ 7.95**

(/p/Remote-Engine-Start-Antenna-Service-Part/94314043/00008FZ10.html?clickSource=relatedPerformance)

Rear Bumper Guard / Step Plate

00008TJ02A

**$ 46.95**

(/p/Rear-Bumper-Guard--Step-Plate/94314116/00008TJ02A.html?clickSource=relatedPerformance)

Floor Mats,All-Weather

00008BG04A

**$ 106.95**

(/p/Floor-Mats-All-Weather/94312895/00008BG04A.html?clickSource=relatedPerformance)

Front Mask. Front Mask Hardware Kit.

00008GG02

**$ 11.95**

(/p/Front-Mask-Front-Mask-Hardware-Kit/94314045/00008GG02.html?clickSource=relatedPerformance)

Floor Mats,Carpet. Gray (Tribute.

00008BG06A42

**$ 126.95**

(/p/Floor-Mats-Carpet-Gray-Tribute/94314011/00008BG06A42.html?clickSource=relatedPerformance)

Side Step Tubes. Black

00008TG01

**$ 464.95**

(/p/Side-Step-Tubes-Black/94313705/00008TG01.html?clickSource=relatedPerformance)

## MSRP                                                                       $ 30.46

Please select a dealer to view local pricing.

Mazda USAs website and/or mobile terms, privacy and security policies do not apply to the third party site you are about to visit. Please review its terms, privacy and security policies to see how they apply to you.

**Fresno Mazda**
Distance: 4.96 mi
(https://parts.myfresnomazda.com/p/GASKET--HEAD-COVER/105510463/PY8W-10-235.html?referer=parts.mazdausa.com&machineIDT1=ezwrt43nbgcqgu5oegvejlje)

**Mazda Of Elk Grove**
Distance: 144.45 mi
(https://parts.mazdaofelkgrove.com/p/GASKET--HEAD-COVER/105510463/PY8W-10-235.html?referer=parts.mazdausa.com&machineIDT1=ezwrt43nbgcqgu5oegvejlje)

**Maita Mazda**

Distance: 157.83 mi

(https://parts.maitamazda.com/p/GASKET--HEAD-COVER/105510463/PY8W-10-235.html?referer=parts.mazdausa.com&machineIDT1=ezwrt43nbgcqgu5oegvejlje)

| Zip Code | VIEW MORE DEALERS (/FINDDEALER.ASPX?REF=/PRODUCTDETAILS.ASPX_MODELYEAR=0*MODELNAME=105510463*STOCKNUMBER=PY8W-10-235*UKEY_ |
|---|---|

## People Also Bought



| | | |
|---|---|---|
| GASKET, CYLINDER HEAD<br>PY8W-10-271A   **$ 117.27** | (/p/GASKET--CYLINDER-HEAD/105510465/PY8W-10-271A.html?clickSource=relatedProduct) | |
| SEAL, EXHAUST VALVE<br>SH09-10-1F5A   **$ 6.73** | (/p/SEAL--EXHAUST-VALVE/105512434/SH09-10-1F5A.html?clickSource=relatedProduct) | |
| VALVE, EXHAUST<br>PY8W-12-121   **$ 27.28** | (/p/VALVE--EXHAUST/105510482/PY8W-12-121.html?clickSource=relatedProduct) | |
| CAMSHAFT, INTAKE<br>PY8W-12-420   **$ 291.89** | (/p/CAMSHAFT--INTAKE/105510485/PY8W-12-420.html?clickSource=relatedProduct) | |
| ADJUSTER, HYDRAULIC LASH<br>P301-12-100   **$ 34.82** | (/p/ADJUSTER--HYDRAULIC-LASH/105507299/P301-12-100.html?clickSource=relatedProduct) | |
| VALVE, INLET<br>PY01-12-111   **$ 17.34** | (/p/VALVE--INLET/105509983/PY01-12-111.html?clickSource=relatedProduct) | |

**Links**

MAZDAUSA.COM (HTTPS://WWW.MAZDAUSA.COM)

ABOUT US (HTTPS://WWW.MAZDAUSA.COM/WHY-MAZDA/MAZDA-SPIRIT)

NEWS (HTTPS://INSIDEMAZDA.MAZDAUSA.COM/NEWS-ROOM/)

CONTACT US (HTTPS://WWW.MAZDAUSA.COM/CONTACT-US)

**Legal**

TERMS AND CONDITIONS (HTTPS://WWW.MAZDAUSA.COM/SITE/TERMS-OF-USE)

PRIVACY POLICY (HTTPS://WWW.MAZDAUSA.COM/SITE/PRIVACY)

DO NOT SELL OR SHARE MY PERSONAL INFORMATION (HTTPS://PRIVACY.MAZDAUSA.COM/US/REQUEST_OPT_OUT_FORM)

ACCESSIBILITY (HTTPS://WWW.MAZDAUSA.COM/ACCESSIBILITY)

(https://www.facebook.com/MazdaUSA/)(https://twitter.com/MazdaUSA)(https://www.youtube.com/user/MazdaUSA)(https://www.instagram.com/mazdausa/)(https://www.pinterest.com/mazdasocial/)

While every reasonable effort is made to ensure the accuracy of this data, we are not responsible for any errors or omissions contained on these pages. Please verify any information in question with a sales representative.

© 2023 MAZDA NORTH AMERICAN OPERATIONS. ALL RIGHTS RESERVED.

PDXPRDDMZWEB100

Shop OEM Mazda Part # PY8W101F5 (PY8W-10-1F5). SEAL, EXHAUST VALVE. TURBO, CYLINDER, HEAD

Skip to Content

Home (https://parts.mazdausa.com/)  /  PY8W101F5 (/p/Mazda__/SEAL--EXHAUST-VALVE/120620718/PY8W101F5.html)

## SEAL, EXHAUST VALVE
Part Number: **PY8W101F5**
Supersession(s): **PY8W-10-1F5**

SEAL,EXHAUST VALVE

**Fits CX-30, CX-5, CX-50, CX-9, Mazda3, Mazda6**

| DIAGRAMS AND KITS |
| WHAT THIS FITS |
| ATTACHMENTS |
| PRODUCT TYPES |

### CYLINDER HEAD & COVER
(/a/Mazda__/120620718__9369900/CYLINDER-HEAD--COVER/AUTV08-1010A.html#10155D)

Full Diagram (/a/Mazda__/120620718__9369900/CYLINDER-HEAD--COVER/AUTV08-1010A.html)



**#10155D**  Required: 8

SEAL, EXHAUST VALVE
20210913-99999999

### CYLINDER HEAD & COVER (2500CC) (W/TURBO)
(/a/Mazda__/120620718__9369930/CYLINDER-HEAD--COVER-2500CCWTURBO/AUBA18-1010AC.html#10155D)

Full Diagram (/a/Mazda__/120620718__9369930/CYLINDER-HEAD--COVER-2500CCWTURBO/AUBA18-1010AC.html)



**#10155D**  Required: 8

SEAL, EXHAUST VALVE
20210913-99999999

SHOW MORE

## MSRP                                                                $ 1.38

Please select a dealer to view local pricing.
Mazda USAs website and/or mobile terms, privacy and security policies do not apply to the third party site you are about to visit. Please review its terms, privacy and security policies to see how they apply to you.

**Fresno Mazda**
Distance: 4.96 mi
(https://parts.myfresnomazda.com/p/SEAL--EXHAUST-VALVE/120620718/PY8W101F5.html?referer=parts.mazdausa.com&machineIDT1=ezwrt43nbgcqgu5oegvejlje)

**Mazda Of Elk Grove**
Distance: 144.45 mi
(https://parts.mazdaofelkgrove.com/p/SEAL--EXHAUST-VALVE/120620718/PY8W101F5.html?referer=parts.mazdausa.com&machineIDT1=ezwrt43nbgcqgu5oegvejlje)

**Maita Mazda**
Distance: 157.83 mi
(https://parts.maitamazda.com/p/SEAL--EXHAUST-VALVE/120620718/PY8W101F5.html?referer=parts.mazdausa.com&machineIDT1=ezwrt43nbgcqgu5oegvejlje)

Zip Code

VIEW MORE DEALERS (/FINDDEALER.ASPX?REF=/PRODUCTDETAILS.ASPX_MODELYEAR=0*MODELNAME=120620718*STOCKNUMBER=PY8W-10-1F5*UKEY_

**Links**

MAZDAUSA.COM (HTTPS://WWW.MAZDAUSA.COM)

ABOUT US (HTTPS://WWW.MAZDAUSA.COM/WHY-MAZDA/MAZDA-SPIRIT)

NEWS (HTTPS://INSIDEMAZDA.MAZDAUSA.COM/NEWSROOM/)

CONTACT US (HTTPS://WWW.MAZDAUSA.COM/CONTACT-US)

**Legal**

TERMS AND CONDITIONS (HTTPS://WWW.MAZDAUSA.COM/SITE/TERMS-OF-USE)

PRIVACY POLICY (HTTPS://WWW.MAZDAUSA.COM/SITE/PRIVACY)

DO NOT SELL OR SHARE MY PERSONAL INFORMATION (HTTPS://PRIVACY.MAZDAUSA.COM/US/REQUEST_OPT_OUT_FORM)

ACCESSIBILITY (HTTPS://WWW.MAZDAUSA.COM/ACCESSIBILITY)

(https://www.facebook.com/MazdaUSA/) (https://twitter.com/MazdaUSA) (https://www.instagram.com/mazdausa/) (https://www.youtube.com/user/mazdasocial/)

While every reasonable effort is made to ensure the accuracy of this data, we are not responsible for any errors or omissions contained on these pages. Please verify any information in question with a sales representative.

© 2023 MAZDA NORTH AMERICAN OPERATIONS. ALL RIGHTS RESERVED.

PDXPRDDMZWEB100

# Exhibit F