UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Gary Guthrie, Stephanie Crain, Chad Hinton, Julio Zelaya, Anna Gilinets, Marcy Knysz, Lester Woo, and Amy Bradshaw, *on behalf of themselves and all others similarly situated,*

Plaintiffs,

vs.

Mazda Motor of America, Inc.,

Defendant.

Case No.: 8:22-cv-01055-DOC-DFM

**DECLARATION OF JENNIFER M. KEOUGH REGARDING PROPOSED NOTICE PLAN AND ADMINISTRATION OF CLASS ACTION**

I, Jennifer M. Keough, under penalty of perjury under the laws of the United States of America, affirm and state as follows:

1.      I am the Chief Executive Officer and Co-Founder of JND.  JND is a legal administration service provider with extensive experience in all aspects of legal administration and has administered hundreds of class action settlements. The following statements are based on my personal knowledge as well as information provided by other experienced JND employees working under my supervision.

2.      JND develops and executes class action notice plans and administers a wide variety of class actions including consumer, automotive, securities, government, employment and mass torts. JND's class action department provides all services necessary for the effective implementation of class action settlements, including: (1) all facets of legal notice such as outbound mailing, email notification, and design and implementation of media programs including through digital and social media

1

platforms; (2) website design and deployment, including online claim filing capabilities; (3) call center and other contact support; (4) secure class member data management; (5) paper and electronic  claims processing; (6) calculation design and programming; (7) payment disbursements through check, wire, PayPal, merchandise credits and other means; (8) qualified settlement fund tax reporting; (9) banking services and reporting; and (10) all other functions related to the secure and accurate administration of class action settlements.

## **EXPERIENCE**

3.      I have more than 20 years of legal experience creating and supervising notice and claims administration programs and have personally overseen well over 500 matters. I have personally overseen the administration of high-profile and complex administration engagements, including the $20 billion Gulf Coast Claims Facility, $10 billion BP Deepwater Horizon Settlement, $3.4 billion Cobell Indian Trust Settlement, $3.05 billion VisaCheck/MasterMoney Antitrust Settlement, $2.67 billion Blue Cross Blue Shield antitrust settlement; $1.5 billion Mercedes-Benz Emissions Settlements, $1.3 billion Equifax Data Breach Settlement and $1 billion Stryker Modular Hip Settlement among others.

4.      In addition, JND has been recently appointed to handle notice and claims administration tasks for class action matters in the following automotive cases: *Chapman, et al. v. General Motors LLC* No. 19-cv-12333-TGB-DRG (E.D. Mi.), *Hickman v. Subaru of America* No. 1:21-cv-02100 (D.N.J.), *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* No. 3:15-md-2672 (N.D. Ca.), *Raymo, et al. v. FCA US LLC & Cummins Inc.* No. 2:17-cv-12168-TGB-SDD (E.D. Mi.),  *Gjonbalaj v. Volkswagen Group of America, Inc*. No. 2:19-cv-7165 (E.D. N.Y.), *In re: Subaru Battery Drain products Liability Litigation* No. 1:20-cv-03095-JHR-MJS (D.N.J.).

## **PROPOSED CLASS NOTICE PLAN**

5.     JND has been retained in this matter to provide class notice and claim administrative services should the Court grant preliminary approval to the Parties' class action settlement agreement (the "Settlement Agreement").

6.     I understand that after preliminary approval of the Settlement Agreement, Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations ("MNAO") will provide JND with approximately 86,116 Vehicle Identification Numbers ("VINs") associated with the following year and model vehicles distributed by MNAO for sale or lease in the United States of America, including the District of Columbia, Puerto Rico, and the U.S. Virgin Islands:

> Model Year 2021 Mazda3 (Japan built)
> Model Year 2021 & 2022 Mazda3 (Mexico built)
> Model Year 2021 & 2022 CX-30 (Mexico built)
> Model Year 2021 Mazda6
> Model Year 2021 CX5
> Model Year 2021 CX9

("Settlement Class Vehicles", *see also* Section I(P) of the Settlement Agreement).

7.     I understand that Settlement Class Member is defined as "all persons and entities who purchased or leased a Settlement Class Vehicle, as defined in Section I(P) of the Settlement Agreement, in the United States of America, including the District of Columbia, Puerto Rico, and the U.S. Virgin Islands."

8.     To identify the names and addresses of Settlement Class Members, JND will coordinate with Experian to acquire potential Settlement Class Members' contact information from Departments of Motor Vehicles ("DMVs") for all current and previous owners or lessees of Settlement Class Vehicles. The contact information gained using this process is considered particularly reliable because vehicle owners must maintain accurate and up-to-date contact information to pay vehicle registration

fees and keep driver's licenses and voter's registrations current.  The resulting list will be reviewed for duplicates and other possible discrepancies.

9.      The process of coordinating with Experian and the DMVs through all the relevant jurisdictions in the United States of America, reviewing the information returned, and printing and mailing the notice will take, in my experience, approximately 60 days.

10.     The foregoing is JND's process for identifying class member addresses in automotive class actions.

11.     JND will provide individual notice to all Settlement Class Members identified in the above process through mailing of the notice in postcard format.

## MAILED NOTICE

12.     The postcard notice will be mailed via United States Postal Service ("USPS"). Prior to mailing, JND will use the National Change of Address ("NCOA") database maintained by USPS to ensure Class Member address information is up-to-date and accurately formatted for mailing.

13.     JND will track all notices retuned undeliverable by the USPS and will promptly re-mail notices that are returned with forwarding addresses. In addition, JND will take reasonable efforts to research and determine if it is possible to reach a Class Member for whom a notice is returned without a forwarding address, by using available skip-tracing tools to identify a new mailing address by which the potential Class Member may be reached.

## INFORMATIONAL WEBSITE

14.     JND will create and maintain a website dedicated to this action. The website URL address will be included in the mailed notice.

4

15. JND will post on the website the long form class notice, exclusion and objection instructions, as well as host a claim portal for Settlement Class Members to submit Claims for Reimbursement along with uploading supporting documentation.

16. The content of the website will mirror, as close as reasonably possible considering formatting issues, the contents of the long form class notice attached to the Settlement Agreement.

17. The case website will be ADA-compliant and optimized for mobile visitors so that the information loads quickly on mobile devices and will also be designed to maximize search engine optimization through Google and other search engines. Keywords and natural language search terms will be included in the site's metadata to maximize search engine rankings.

18. JND will provide the Parties an opportunity to review and approve the URL address of the informational website, and all content on the website, before the website goes live. This includes providing the Parties dynamic portals to test the online claim submission process. The informational website will also include relevant dates including the date and location of the Fairness Hearing, other case-related information and documents, instructions for how to be excluded from the Class, and contact information for the Claim Administrator.

## TOLL-FREE TELEPHONE NUMBER

19. JND will establish a dedicated toll-free telephone number with Interactive Voice Response ("IVR"). The IVR will contain basic information concerning the class action, describe potential class members' options, describe how class members can exclude themselves or object, and direct potential class members to the informational website for additional information.

20. The content of the IVR responses will mirror, as close as reasonably possible considering the different format, the content of the long form class notice.

## REQUESTS FOR EXCLUSION OR OBJECTIONS

21.     Settlement Class Members that wish to exclude themselves or submit objections may do so by mail to a Post Office Box that JND will maintain. JND will monitor all mail delivered to that Post Office Box and will track all exclusion requests and objections received, which will be provided to Class Counsel.

## CLAIM ADMINISTRATION

22.     Claims for reimbursement will be reviewed by JND in accordance with the Settlement Agreement.  In the event JND makes a preliminary determination that the claim submitted is insufficient, JND will send the Settlement Class Member a letter advising of the deficiencies and an opportunity to cure in accordance with the Settlement Agreement.

## CONCLUSION

23.     It is my opinion, based on my expertise and experience, that the above-described method of class notice provides effective notice in this action, will provide the best notice that is practicable, adheres to Fed. R. Civ. P. 23 and exceeds the requirements of due process.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: January 19, 2024

_____
JENNIFER M. KEOUGH

6