TRINETTE G. KENT (State Bar No. 222020)
Lemberg Law, LLC
1100 West Town & Country Rd.
Suite 1250
Orange, California 92868
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Sergei Lemberg (admitted *pro hac vice*)
Stephen Taylor (admitted *pro hac vice*)
Joshua Markovits (admitted *pro hac vice*)
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-2250
E-mail: slemberg@lemberglaw.com
E-mail: jmarkovits@lemberglaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Guthrie, Stephanie Crain, Chad Hinton, Julio Zelaya, Anna Gilinets, Marcy Knysz, Lester Woo, and Amy Bradshaw, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>Mazda Motor of America, Inc.,<br><br>Defendant. | Case No.: 8:22-cv-01055-DOC-DFM<br><br>**PLAINTIFFS' SUPPLEMENT TO ADDRESS THE PARTIES' ADDENDUM TO THE CLASS ACTION SETTLEMENT AGREEMENT AND IN SUPPORT OF FINAL APPROVAL**<br><br>Date:     September 16, 2024<br>Judge:    Hon. David O. Carter<br>Time:     8:30 a.m.<br>Courtroom: 10A |

Plaintiffs Gary Guthrie, Stephanie Crain, Chad Hinton, Julio Zelaya, Anna Gilinets, Marcy Knysz, Lester Woo and Amy Bradshaw ("Plaintiffs") respectfully submit this Supplement to Address the Parties' Addendum to the Class Action Settlement Agreement and in Support of Final Approval.

At the August 5, 2024, Fairness Hearing, the Court instructed Plaintiffs and Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations ("MNAO" and, with Plaintiffs, the "Parties"), to confer regarding whether the Settlement could provide additional relief to potential Class Members with Class Vehicles that exceed the Powertrain Warranty Extension cap of 84,000 miles.[1] (*Transcript of 8.5.24 Hearing Vol. 2, pg. 50-52 attached as Ex. A hereto*).

The Parties have negotiated and executed an addendum to the Settlement Agreement (*attached as Ex. B hereto*) addressing this concern by extending the extended warranty period for an additional one (1) year or 12,000 miles to a total of 96 months (8yrs) or 96,000 miles for Members at or near the prior cap:

> Class Members who would otherwise qualify for the Settlement's benefits (i.e., replacement of the affected valve stem seals, reimbursement for qualifying out of pocket costs, and warranty extension) but their Class Vehicle is already near or beyond the proposed extended warranty period (84 months or 84,000 miles, whichever occurs first) as of the date the Class Settlement receives Final Approval by the Court, the Parties agree that those Class Members shall be extended an additional (1) year and 12,000 miles to a total of 96 months (8 years) or 96,000 miles, whichever occurs first, to bring their Class Vehicles to an authorized Mazda dealership to have the affected Valve Stem Seals replaced free of charge in accordance with the Program set forth in Section II.A.2 of the Settlement Agreement. They shall also remain eligible for reimbursement for qualifying out of pocket costs during the one (1) year following the date of Final Approval by the Court.

*Ex. B.* Persons with Class Vehicles impacted by this additional extension of the

---

[1] Class Vehicles are relatively new 2021 and 2022 Mazda vehicles. The Powertrain Warranty Extension in the Settlement Agreement extends the Powertrain Limited Warranty for Class Vehicles from 60 months/60,000 miles to 84 months/84,000.

warranty will be able to (1) have their valve stem seals repaired free of charge in accordance with the Repair Program set forth in Section II.A.2 of the Settlement Agreement and (2) be eligible to submit reimbursement for qualifying out of pocket costs (*e.g.* oil changes) in the one (1) year following Final Approval. *Ex. B*.

The addendum addresses the Court's concern to expand class relief to cover more potential members who are very heavy drivers and provides them an opportunity to have their vehicles fixed and costs reimbursed to the extent these potential members were not covered by the prior relief.

Upon Final Approval, the Parties will update the Settlement Website homepage (www.mazdavalvestemsealsettlement.com) to reflect, in clear terms, this additional relief.

Plaintiffs respectfully request that the Court grant final approval of the Settlement Agreement and the Parties' Addendum to the Settlement Agreement.

DATED: September 12, 2024

By:   /s/ Stephen Taylor

Trinette G. Kent
TRINETTE G. KENT (State Bar No. 222020)
Lemberg Law, LLC
1100 West Town & Country Rd.
Suite 1250
Orange, California 92868
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Stephen Taylor (admitted *pro hac vice*)
Sergei Lemberg (admitted *pro hac vice*)
Joshua Markovits (admitted *pro hac vice*)
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250

Facsimile: (203) 653-2250
E-mail: slemberg@lemberglaw.com
E-mail: jmarkovits@lemberglaw.com
*Attorneys for Plaintiffs and Interim Class Counsel*

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. I hereby certify that on September 12, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

By: */s/   Trinette G. Kent*
Trinette G. Kent
Lemberg Law, LLC
*Attorney for Plaintiffs*